New Civil Action For Filing

**Cleo Manuel Caban**
1770 Rockledge Terrace • Woodbridge, Virginia 22192
cleocaban@gmail.com • (202) 330-2466

1:26-cv-2810

26 August 2026

Clerk of Court
United States District Court for the Eastern District of Virginia
Alexandria Division
*Albert V. Bryan United States Courthouse*
401 Courthouse Square
Alexandria, Virginia 22314

**Re: *New civil action for filing — Caban v. Laprise et al. (42 U.S.C. § 1983)***

Dear Clerk of Court:

I am a self-represented plaintiff. Enclosed for filing is a new civil action, together with the documents listed below. I understand from the Court's website that new cases cannot be submitted through EDSS and must be mailed or brought to the courthouse, which is why this package arrives by mail.

1. **Complaint for Civil Rights Violations (42 U.S.C. § 1983);**
2. Civil Cover Sheet (JS 44);
3. Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240), with supporting Motion;
4. Motion for Leave to Take Expedited Discovery for the Limited Purpose of Identifying Doe Defendants (Fed. R. Civ. P. 26(d)(1));
5. Motion for Appointment of Counsel *(28 U.S.C. § 1915(e)(1))*;
6. **Local Rule 83.1(N) Certification; and**
7. **Six completed summonses (AO 440) for the named defendants.**

No exhibits are enclosed. The Complaint is pleaded in full under Fed. R. Civ. P. 8(a) and does not rely upon attached exhibits; documentary exhibits will be filed with an amended

complaint. I mention it only so that their absence is not read as an omission from this package.

Because I am applying to proceed without prepayment of fees, **no filing fee is enclosed**. If the application is granted, I respectfully request that the Court direct service by the United States Marshals Service under 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3). Summonses for the six named defendants are enclosed; additional summonses for defendants identified only by description are being held pending their identification, which is the subject of the expedited-discovery motion listed above.

I have enclosed a self-addressed stamped envelope and would be grateful to receive a date-stamped copy of the Complaint and notice of the case number once assigned. That conformed copy is the only record I will have that this package arrived, which is why I ask for it.

Once a case number has been assigned, I intend to file the Court's E-Noticing Registration Request for Pro Se Litigants so that I may receive Notices of Electronic Filing by e-mail and the Court need not serve me by first-class mail thereafter. I will register with PACER as that form requires. I have not enclosed the form with this package because it calls for a case number and for the assigned judge's approval, neither of which exists yet. If the Court would prefer that I submit it at a different time or in a different manner, I would be grateful to be told.

If anything in this package is incomplete or in the wrong form, I would appreciate being told so that I can correct it promptly. Thank you for your time and assistance.

Respectfully,

Cleo M. Caban Date: 26 August 2026

**Cleo Manuel Caban**
Pro Se

Enclosures: as listed above