FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Cleo M. CABAN (Plaintiff)
v.
Joshua R. LAprise et al; (Defendant)

Civil Action No. 1:28-CV-2810

NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Cleo CABAN, who is the Plaintiff, hereby waives oral argument on Motion For Appointment of Counsel.

Cleo M. Caban
(Party or Attorney Signature)

Cleo M. CABAN
(Name Printed)
1770 Rockledge Terr.
(Address)
WoodBridge, VA 22192
(Address)
CleoCABAN@GMAil.Com
(Address)
202 3302466
(Telephone Number)