**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

Cleo M. CABAN (Plaintiff)
v.
Joshua R. Laprise et al. (Defendant)

**Civil Action No.** 1:26-CV-2810

**NOTICE OF WAIVER OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Cleo CABAN, who is the Plaintiff, hereby waives oral argument on Motion For Leave To Take Expedited Discovery For the Limited Purpose of Identifying DoE Defendants.

[signature]
(Party or Attorney Signature)
Cleo M. CABAN
(Name Printed)
1770 Rockledge Terr
(Address)
WoodBridge, VA 22192
(Address)
CleoCABAN@GMAil.Com
(Address)
202 330 2466
(Telephone Number)