United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:26-cv-2810

Name: Cleo M. Caban

Address: 1770 Rockledge Terr.

Woodbridge, VA 22192

Telephone Number: 202.330.2466

Email Address: CleoCaban@gmail.com

The undersigned:

- *Consents to receiving notice of filings pursuant to Fed. R. Civ. P.* 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- *Is responsible for immediately notifying the court in writing of any* change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: Cleo M Caban Date: 26 August 2026

Court Use Only:

The request is GRANTED ✓ *or* DENIED

/s/ LRV
(Judge's Signature)
Lindsey Robinson Vaala
United States Magistrate Judge

9/8/2026
(Date)