**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| CLEO MANUEL CABAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-2810-MSN-LRV |
| JOSHUA R. LAPRISE, et al., | ) | |
| Defendants. | ) | |

# ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Take Expedited Discovery for the Limited Purpose of Identifying Doe Defendants (Dkt. No. 5) (the "Motion"). Plaintiff waived a hearing on the Motion (Dkt. No. 6) and the Court finds that a hearing would not aid the decisional process (*see* E.D.Va. L. Civ. R. 7(J)). To date, Plaintiff has not served any Defendant or submitted proposed summons, but Plaintiff filed a motion for leave to proceed *in forma pauperis*, requesting that the United States Marshals Service facilitate service in this action. (Dkt. No. 2.) Upon review of the Motion and the full record, the Court finds that Plaintiff has not established good cause for early expedited discovery. After Plaintiff effectuates service of process and the Court issues a Scheduling Order, Plaintiff may serve discovery requests to determine the identity of the Doe Defendants, with the opportunity to move for leave to amend the Complaint to substitute the Doe Defendants. Accordingly, it is hereby

**ORDERED** that the Motion is **DENIED** without prejudice.

**ENTERED** this 9th day of September, 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge