FILED
10/20/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**(ALEXANDRIA DIVISION)**

**CLEO M. CABAN,**

Plaintiff,

**v.** **Civil Action No.** 1:26-cv-2810-MSN-LRV

**JOSHUA R. LAPRISE, et al.,**

Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENT TO HIS RENEWED MOTION FOR LEAVE TO TAKE LIMITED EXPEDITED DISCOVERY (ECF No. 14), WITH INCORPORATED MEMORANDUM**

**Plaintiff Cleo M. Caban,** proceeding pro se and in forma pauperis (ECF No. 10), asks leave under Federal Rule of Civil Procedure 7(b) and Local Civil Rule 7(F)(1) to file the short Supplement attached as Exhibit A to his Renewed Motion for Leave to Take Limited Expedited Discovery (ECF No. 14).

1. ECF No. 14, filed October 12, 2026, stated that the identities of the Doe defendants could not be obtained another way and that the Sheriff's courtroom assignment records for January 16, 2025 had not been produced to Plaintiff (ECF No. 14 ¶ 5). The same day, Plaintiff asked the Sheriff's Office for a duty roster for that date under the Virginia Freedom of Information Act.

2. On October 16, 2026, the Sheriff's Office produced a duty roster for that date in response to Plaintiff's request under the Virginia Freedom of Information Act. The attached

Supplement informs the Court of that record so that ECF No. 14 is not decided on a statement that is no longer current. The Supplement seeks no relief beyond what ECF No. 14 already requests.

**3.** Plaintiff respectfully asks that the Court grant leave and accept the Supplement attached as Exhibit A as filed. Plaintiff asks that this motion be decided on the papers. See Local Civil Rule 7(J).

Respectfully submitted,

Cleo Caban

_______________________________ **Date**: 20 October 2026

**CLEO M. CABAN**, Plaintiff, Pro Se'

1770 Rockledge Terrace, Woodbridge, Virginia 22192

**Tel**: (202) 330-2466 | **Email**: cleocaban@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on the date written above I filed this Motion, with the proposed Supplement attached as Exhibit A with the Clerk of Court. No Defendant has been served or has appeared. Plaintiff will mail a copy to each Defendant, or its counsel, after it is served or appears.

Respectfully submitted,

Cleo Caban

_______________________________ **Date**: 20 October 2026

**CLEO M. CABAN**, Plaintiff, Pro Se'

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**(ALEXANDRIA DIVISION)**

**CLEO M. CABAN, Plaintiff, v. JOSHUA R. LAPRISE, et al., Defendants.**

**Civil Action No.** 1:26-cv-2810-MSN-LRV

## LOCAL RULE 83.1(N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of the following documents:

**1**. Plaintiff's Motion For Leave to file a supplement to his renewed Motion For Leave to take Limited Expedited Discovery (ECF No. 14), with Incorporated Memorandum;

**2**. Motion for a Preservation Order and an Inventory of Records

Respectfully,

________________________________ **Executed on**: 20 October 2026

/s/CLEO M. CABAN, Plaintiff Pro Se'
1770 Rockledge Terrace, Woodbridge, Virginia 22192
(202) 330-2466 | cleocaban@gmail.com