CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME *(Last, First, Middle)*<br>CABAN, CLEO MANUEL | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY/RA | 3. SOCIAL SECURITY NUMBER<br>[redacted] [redacted] 5798 |
| 4a. GRADE, RATE OR RANK<br>PFC | b. PAY GRADE<br>E03 | |
| 5. DATE OF BIRTH *(YYYYMMDD)*<br>[redacted] | 6. RESERVE OBLIGATION TERMINATION DATE *(YYYYMMDD)*<br>20130322 | |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY<br>SYRACUSE, NEW YORK | b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)*<br>1082 WOODHILL<br>NEWARK NEW YORK 14513-0000 | |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>0902MICOUNTER INTE AS | b. STATION WHERE SEPARATED<br>FORT MEADE, MD 20755-5076 | |
| 9. COMMAND TO WHICH TRANSFERRED<br>301ST MI BN, CO C (WYGGC0) 6201 E OAK STREET PHOENIX, AZ 85008-3494 | 10. SGLI COVERAGE ☐ NONE<br>AMOUNT: $400,000.00 | |

11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
35L10 CI AGENT - 3 YRS 0 MOS//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2005 | 04 | 08 |
| b. SEPARATION DATE THIS PERIOD | 2008 | 04 | 07 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0003 | 00 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2008 | 01 | 22 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*
ARMY COMMENDATION MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL//ARMY SERVICE RIBBON//COMBAT ACTION BADGE//BASIC MARKSMANSHIP QUALIFICATION BADGE//NOTHING FOLLOWS

14. MILITARY EDUCATION *(Course title, number of weeks, and month and year completed)*
COMBAT LIFE SAVERS CRS, 1 WEEK, 2007//
COUNTERINTELL AGENT, 2005//NOTHING FOLLOWS

| | YES | NO |
|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |
| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

16. DAYS ACCRUED LEAVE PAID 0.5

18. REMARKS //////////////////////////////////////////////////////////////////////////////
SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20050323-20050407//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA// SERVICE IN IRAQ 20060610-20070610//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE// NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| | |
|---|---|
| 19a. MAILING ADDRESS AFTER SEPARATION *(Include ZIP Code)*<br>715 S NORMADIE AVENUE<br>LOS ANGELES CALIFORNIA 90005 | b. NEAREST RELATIVE *(Name and address – include ZIP Code)*<br>ANA I MARRERO<br>715 S NORMADIE AVENUE<br>LOS ANGELES CALIFORNIA 90005 |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO CA | DIRECTOR OF VETERANS AFFAIRS: X YES ☐ NO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED<br>Cleo M. Cab— | 22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)*<br>STEPHEN C ASHLEY, RETIREMENT SERVICES OFFICER |

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| | | |
|---|---|---|
| 23. TYPE OF SEPARATION<br>RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE *(Include upgrades)*<br>HONORABLE | |
| 25. SEPARATION AUTHORITY<br>AR 635-200, CHAP 4 | 26. SEPARATION CODE<br>MBK | 27. REENTRY CODE<br>3 |
| 28. NARRATIVE REASON FOR SEPARATION<br>COMPLETION OF REQUIRED ACTIVE SERVICE | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD *(YYYYMMDD)*<br>NONE | | 30. MEMBER REQUESTS COPY 4 *(Initials)* CMC |

January 20, 2026

CLEO MANUEL CABAN
1770 ROCKLEDGE TER
WOODBRIDGE VA 22192

## We made a decision on your VA benefits.

Dear Cleo Caban:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

### Your Benefit Information:

- Basic eligibility to Dependents' Educational Assistance based on permanent and total disability status is established from October 9, 2025.
- The previous denial of service connection for dental issues from botched implant is confirmed and continued.
- The previous denial of service connection for gastroesophageal reflux disease (GERD) is confirmed and continued.
- Service connection for migraines including migraine variants associated with TERA participation is granted with an evaluation of 30 percent effective April 29, 2025.
- The claim for service connection for bilateral hearing loss remains denied because the evidence submitted is not new and relevant.

Your combined rating evaluation is:

| Combined Rating Evaluation | Effective Date |
|---|---|
| 0% | Sep 20, 2022 |
| 70% | Feb 7, 2023 |
| 70% | Oct 8, 2024 |
| 90% | Oct 31, 2024 |
| 90% | Apr 29, 2025 |
| 100% | Oct 9, 2025 |

**We have included with this letter:**

1. Explanation of Payment
2. Additional Benefits
3. Where to Send Your Correspondence
4. VA Form 20-0998
5. Rating Decision
6. Fraud Prevention Attachment

**Contact information:**

Web: www.va.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit https://ask.va.gov/

**Social Media:**

Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

**How to obtain representation:**

We have no record of you appointing an accredited representative. Accredited representatives are trained to help you understand and apply for VA benefits. For more information about how an accredited representative can help you, please visit: https://www.vets.gov/disability-benefits/apply-for-benefits/help/

If you or someone you know is in crisis, call the *Veterans Crisis Line* by dialing 988 and then pressing 1.

ICN: [redacted]

[redacted]

## How VA Combines Percentages

If you have more than one condition, VA will combine percentages to determine your overall disability rating. The percentages assigned for each of your conditions may not always add up to your combined rating evaluation. The following website has additional information about how VA combines percentages: http://www.benefits.va.gov/compensation/rates-index.asp#howcalc.

See Rating Decision to find out why we made this decision.

As a Veteran with a service-connected disability, you may be eligible for up to $40,000 in VA life insurance benefits. Veterans Affairs Life Insurance (VALife) is guaranteed acceptance whole life insurance available to all service-connected, disabled veterans with no time limit to apply as long as you are age 80 or under. Veterans age 81 and over are still eligible in certain circumstances. Visit the VALife Insurance website, https://www.va.gov/life-insurance/options-eligibility/valife/, for further information.

Chapter 35 grant - Your dependents may be eligible for Dependents Educational Assistance (Chapter 35). For more information on this program, please visit the following web site: https://www.vets.gov/education/gi-bill/survivors-dependent-assistance/ or call 1-888-GIBILL-1 (1-888-442-4551).

.

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason |
|---|---|---|
| $4,519.77 | Nov 1, 2025 | Compensation Rating Adjustment |
| $4,646.32 | Dec 1, 2025 | Cost of Living Adjustment |
| $4,537.21 | [redacted] | Minor Child Adjustment |
| $4,428.10 | | Minor Child Adjustment |
| $4,318.99 | | Minor Child Adjustment |
| $4,158.17 | | Minor Child Adjustment |

We are currently paying you as a Veteran with 5 dependents. Let us know right away if there is any change in the status of your dependents.

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.



[redacted]

See Explanation of Payment for more details about your payment.

Your payment will be directed to the financial institution and account number that you specified. To confirm when your payment was deposited, please contact your financial institution.

If this account is no longer open,

please notify us immediately.

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you have one year from the date of this letter to select a review option to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.

| Review Option | Required Application Form |
|---|---|
| Supplemental Claim | VA Form 20-0995, Decision Review Request: Supplemental Claim |
| Higher-Level Review | VA Form 20-0996, Decision Review Request: Higher-Level Review |
| Appeal to the Board of Veterans' Appeals | VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement) |

Please note: You may not request a higher-level review of a higher-level review decision issued by VA.

The enclosed VA Form 20-0998, Your Right To Seek Review Of Our Decision, explains your options in greater detail and provides instructions on how to request further review. You may download a copy of any of the required application forms noted above by visiting www.va.gov/vaforms/ or you may contact us by telephone at 1-800-827-1000 and we will mail you any form you need.

You can visit www.va.gov/decision-reviews to learn more about how the disagreement process works.

Important: If you have a service-connected condition which you feel has worsened and is no longer accurately reflected by the level of disability assigned, please use VA Form 21-526EZ, Application for Disability Compensation and Related Compensation Benefits to request an

increased evaluation. However, if you disagree with a decision made within the last year, please refer to the enclosed VA Form 20-0998, Your Right To Seek Review Of Our Decision. If you would like us to review a claim that was denied more than one year ago, and you have new and relevant evidence for us to consider, please use VA Form 20-0995, Decision Review Request: Supplemental Claim.

If you would like to obtain or access evidence used in making this decision, please contact us by telephone, email, or letter as noted below letting us know what you would like to obtain. Some evidence may be obtained online by visiting www.va.gov.

You may also use the following link to access your Public Contact representative at your local VA Regional Office for assistance at https://va.my.site.com/VAVERA/s/.

Thank you for your service,

Regional Office Director



[redacted]

## Explanation of Payment

Your monthly entitlement amount includes payment for the following dependent(s):

| Payment Start Date | Award Dependent(s) |
|---|---|
| Nov 1, 2025 | MELISSA, [redacted] |
| Dec 1, 2025 | MELISSA, [redacted] |
| [redacted] | MELISSA, [redacted] |
| | MELISSA, [redacted] |
| | MELISSA, [redacted] |
| | MELISSA |

Let us know right away if there is any change in the status of your dependent(s).

Your combined evaluation is 30 percent or more disabling; therefore, you may be eligible for additional benefits based on dependency. We may be able to pay you retroactive benefits for your dependents if you submit your dependency claim within a year from the date of this letter. If you wish to notify us of your dependents, please do so through eBenefits, an electronic resource in a self-service environment. Use of these resources often helps us serve you faster! Just visit www.eBenefits.va.gov to enroll and submit your dependency information. If you would prefer to submit your request to add your dependents to your award in paper, please complete, sign, and return VA Form 21-686c, Application Request to Add and/or Remove Dependents. You can locate the appropriate form(s), please the visit the following website: www.va.gov/vaforms.

## Please Take Action: What Things Affect Your Right to Payment?

Please notify VA immediately if there is a change in any condition affecting your right to continued payments. If you don't notify us of these changes immediately, you may have to return any overpayments. Those changes include:

| Evidence received shows a change is warranted. |
|---|
| Military Pay or Worker's Compensation: Your payments may be affected by the following, which you must bring to our attention:<br>• Reentrance into active military or naval service.<br>• Receipt of armed forces service retirement pay, unless your retirement pay has already been |

| Evidence received shows a change is warranted. |
|---|
| reduced because of award of disability compensation.<br>• Receipt of benefits from the Office of Federal Employees Compensation.<br>• Receipt of active duty or drill pay as a reservist or member of the National Guard. |
| Dependents: If you have a disability rating of 30 percent or more, you must advise VA of any change with your spouse or children. |
| Hospitalization: If your award includes Aid and Attendance benefits, we may reduce this additional allowance if you are admitted to a hospital, nursing home, or domiciliary care at VA expense. |
| Incarceration: Benefits will be reduced if you are incarcerated in a federal, state, or local penal institution for more than 60 days for conviction of a felony. |
| Lack of Cooperation: We may stop monthly payments if you:<br>• fail to submit evidence we requested,<br>• fail to attend a VA examination when requested, or<br>• Submit false or fraudulent evidence to VA, or cause false or fraudulent evidence to be submitted to VA. |
| Fraud/Lying to Government: The law provides severe penalties, which include fines, imprisonment, or both, for the fraudulent acceptance of any payment to which you are not entitled. We may verify information you submit through computer-matching programs with other agencies. |

## Additional Benefits

### Education, Training, and Employment:

- Education loans: For more information, please call 1-888-GIBILL-1 (1-888-442-4551) or visit www.vets.gov/education.
- Veterans with student loans: For more information, please call 1-888-303-7818 or visit www.disabilitydischarge.com/.
- Education, training, and employment: For more information, please call 1-800-827-1000 or visit www.va.gov/vre.

### Medical Care and Treatment:

- Mental Health Counseling: For more information, please visit www.myhealth.va.gov/mhv-portal-web/.
- Blind Rehabilitation: For more information, please visit www.va.gov/blindrehab/.



[redacted]

- Change in Compensation Benefits: For more information, please call 1-877-222-VETS or visit www.va.gov/healtheligibility.
- Clothing Allowance: For more information, please call 1-800-827-1000 or visit https://www.va.gov/disability/eligibility/special-claims/clothing-allowance/.
- VA Medical Care: Present a copy of this notification letter to the Patient Registration/Eligibility Section at your nearest VA Medical Center https://www.va.gov/find-locations.
- Dental Benefits: For more information, please contact your nearest VA Medical Center or outpatient clinic https://www.va.gov/find-locations.
- Spouse or child health care: For more information, please call 1-800-733-8387 or visit www.va.gov/purchasedcare/programs/dependents/champva/.

## Home Adaptations/Loans, Automobile Benefits, and Life Insurance:

- Loans: For more information, please visit www.benefits.va.gov/homeloans/.
- Funding Fee Refund: If you paid a funding fee at the closing of a VA guaranteed home loan and your VA compensation award provides an effective rating date that was prior to your loan closing date, then you may be eligible for a funding fee refund. Please contact either your current mortgage servicer or a VA Regional Loan Center at (877) 827-3702 to begin the refund process.
- Home upgrade due to disability: For more information, please visit https://www.va.gov/housing-assistance/disability-housing-grants/.
- Car upgrade due to disability: For more information, please call 1-800-827-1000 or visit www.vets.gov/disability-benefits/conditions/special-claims/automobile/.
- Government life insurance: As a Veteran with a service-connected disability, you may be eligible for VA life insurance benefits. Veterans Affairs Life Insurance (VALife) provides up to $40,000 in guaranteed acceptance whole life insurance and is available to all service-connected, disabled veterans with no time limit to apply as long as you are age 80 or under. Veterans age 81 and over are still eligible in certain circumstances. For more information on VALife or Veterans Mortgage Life Insurance for Veterans receiving a specially adapted housing grant, please visit www.benefits.va.gov/insurance.

## Armed Forces Commissary and Exchange:

- You may be entitled to Armed Forces Commissary and Exchange privileges. Honorably discharged Veterans with a service-connected disability; Former Prisoners of War; Purple Heart or Medal of Honor recipients; military retirees; members of the reserves; and their dependents may qualify for entitlement to this additional benefit. For more information, please visit va.gov/resources/commissary-and-exchange-privileges-for-veterans.



[redacted]

### Payment for Travel:

- Payment for Travel: You may be eligible for reimbursement for beneficial travel mileage for previous VA medical appointments because of your newly granted service-connected conditions. You must make a request for such reimbursement within 30 days of this letter by contacting the Enrollment office at your Medical Center and providing a copy of this letter.

### State Benefits:

- State Benefits: For more information, please visit www.va.gov/statedva.htm.

### Social Security Administration (SSA) Benefits:

- Social Security Administration (SSA) Benefits: For more information about Social Security benefits, please call SSA at 1-800-772-1213 (Hearing Impaired TTY line 1-800-325-0778) or visit www.ssa.gov.

## Veterans Signals (VSignals), a VA Customer Experience Survey

VA is conducting short surveys to gather feedback regarding the new decision review process. VA will randomly select survey participants from individuals who filed a request for a decision review. The survey will be sent via email and should take less than three minutes to complete. If selected, you will receive a survey within 10 days of the date on your notification letter. To be considered for VA surveys, please review your va.gov profile and ensure we have your current email address. The survey may not route to your inbox, so please check your junk folder.



[redacted]

| Where to Send Your Correspondence |
|---|
| Documents may be submitted by mail, in person at a VA regional office or electronically. However, VA recommends submitting correspondence electronically as this is the fastest method of receipt.<br><br>VA provides several tools to assist in electronic submission. To learn more about how to submit documents and claims electronically, visit **www.va.gov/disability/upload-supporting-evidence**. You can also go directly to AccessVA (**https://eauth.va.gov/accessva/?cspselectfor=quicksubmit**) to digitally upload any correspondence using QuickSubmit.<br><br>By visiting **www.va.gov** you can also check your claim status and learn about other VA benefits.<br><br>If you need assistance, you can find a local, accredited representative at **https://www.benefits.va.gov/vso/**. |

If you prefer to mail your correspondence, please use the related mailing address below:

| Compensation Benefits | Pension & Survivors Benefits |
|---|---|
| Department of Veterans Affairs<br>Compensation Intake Center<br>P.O. Box 4444<br>Janesville, WI 53547<br>Toll Free Phone: 1-800-827-1000<br>Toll Free Fax: (844) 531-7818 | Department of Veterans Affairs<br>Pension Intake Center<br>P.O. Box 5365<br>Janesville, WI 53547<br>Toll Free Phone: 1-800-827-1000<br>Toll Free Fax: (844) 655-1604 |
| **Board of Veterans' Appeals** | **Fiduciary** |
| Department of Veterans Affairs<br>Board of Veterans' Appeals<br>P.O. Box 27063<br>Washington, DC 20038<br>Toll Free Fax. (844) 678-8979 | Department of Veterans Affairs<br>Fiduciary Intake Center<br>P.O. Box 5211<br>Janesville, WI 53547<br>Toll Free Phone: 1-800-827-1000<br>Toll Free Fax: (888) 581-6826 |

These addresses serve **all United States and foreign locations**.

| Veterans Crisis Line DIAL 988 then PRESS 1 | **Veteran Crisis Line Dial 988 then Press 1**<br>You can also send a text message to 838255 to receive confidential support 24 hours a day, 7 days a week, 365 days a year.<br>For more information, visit **www.veteranscrisisline.net** |
|---|---|

WTSYC (November 2022)

[redacted]

[redacted]

VA | U.S. Department of Veterans Affairs

# YOUR RIGHT TO SEEK REVIEW OF OUR DECISION

This document outlines your right to seek review of our decision on any issue with which you disagree. You may generally select one of three different review options for each issue decided by VA. However, you may not request review of the same issue using more than one option at the same time. Below is information on the three different review options.

| | Supplemental Claim | Higher-Level Review | Board Appeal |
|---|---|---|---|
| **What Is This?** | A reviewer will determine whether new and relevant evidence changes the prior decision. | An experienced claims adjudicator will review your decision using the same evidence VA considered in the prior decision. | A Veterans Law Judge at the Board of Veterans' Appeals (Board) will review your decision. |
| **By Selecting This Option** | You are adding or identifying new and relevant evidence to support your claim that we did not previously consider.<br><br>VA will assist you in gathering new and relevant evidence that you identify to support your claim.<br><br>You are entitled to a hearing at any time in the supplemental claim process. | You have no additional evidence to submit to support your claim, but you believe there was an error in the prior decision.<br><br>You can request an optional, one-time, informal conference with a Higher-Level Reviewer to identify specific errors in the case, although requesting this conference may delay the review. | You must choose a docket:<br><br>**Direct Review** - You do not want to submit evidence or have a hearing.<br><br>**Evidence Submission** - You choose to submit additional evidence without a hearing.<br><br>**Hearing** - You choose to have a hearing with a Veterans Law Judge. |
| **Goal To Complete** | **125 days** on average | **125 days** on average | **365 days** on average for Direct Review (longer for the other options) |
| **Form To File*** | VA Form 20-0995<br>*Decision Review Request: Supplemental Claim* | VA Form 20-0996<br>*Decision Review Request: Higher-Level Review* | VA Form 10182<br>*Decision Review Request: Board Appeal (Notice of Disagreement)* |
| **Scan QR Code to Access Form** | | | |
| **Further Options After This Decision Review** | You may request another Supplemental Claim, a Higher-Level Review, or a Board Appeal. | You may request a Supplemental Claim or a Board Appeal. | You may request a Supplemental Claim or appeal to the U.S. Court of Appeals for Veterans Claims. |

For most VA benefits, **you have 1 year from the date on your decision notice to request a decision review to ensure the earliest possible effective date.** Consult your decision notice for specific limitations.

* All forms listed are available at www.va.gov/find-forms/ or use your mobile device camera to scan the QR code to take you directly to the form you select.

[redacted]

If you do not submit a decision review request within the required time, you may only seek review through the following:

- A request to revise the decision based on a clear and unmistakable error, or
- A Supplemental Claim. If you file a Supplemental Claim after the **1-year** time limit, the effective date for any resulting award of benefits generally will be tied to the date VA receives the Supplemental Claim.
    - If you wish to have a hearing during the supplemental claim process, you can contact us online through Ask VA: https://ask.va.gov/ or call us toll-free at 1-800-827-1000 (TTY:711).

While most decision review options are available to you, there are limitations based on the type of decision you received.

- If you are a party to a **contested claim** - such as claims for apportionment, attorney fee disagreement, or multiple parties filing for survivor's benefits or claims for life insurance - your *only* option for disagreeing with your decision is to file a Board Appeal within **60 days** of the date on your decision notice.
- If you are seeking review of an **insurance decision** you have an *additional* option to challenge VA's decision by filing a complaint with a United States district court in the jurisdiction in which you reside within 6 years from when the right of action first accrues. Consult your decision notice for details on what options are available and where to send the request.

## Get Help with Your Review Request:

For more information on all the available review options, contact us at 1-800-827-1000 or visit www.va.gov/decision-reviews/. If you need help filing a decision review, you may want to work with an accredited attorney, claims agent, or a Veterans Service Organization (VSO) representative. Additional information about working with an accredited attorney, claims agent, or VSO representative is available at www.va.gov/decision-reviews/get-help-with-review-request/. You can find a searchable database of VA-recognized representatives at www.va.gov/ogc/apps/accreditation.

**Scan the QR Code to Open the Appropriate Decision Review Website Page**

| Supplemental Claim | Higher-Level Review | Board Appeal |
| --- | --- | --- |



[redacted]

DEPARTMENT OF VETERANS AFFAIRS
Veterans Benefits Administration
Regional Office

CLEO CABAN

VA File Number
[redacted]5798

Rating Decision
01/16/2026

## INTRODUCTION

The records reflect that you are a Veteran of the Gulf War Era. You served in the Army from April 8, 2005 to April 7, 2008. We received your supplemental claim on May 15, 2025. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1. Basic eligibility to Dependents' Educational Assistance based on permanent and total disability status is established from October 9, 2025.

2. The previous denial of service connection for dental issues from botched implant is confirmed and continued.

3. The previous denial of service connection for gastroesophageal reflux disease (GERD) is confirmed and continued.

4. Service connection for migraines including migraine variants associated with TERA participation is granted with an evaluation of 30 percent effective April 29, 2025.

5. The claim for service connection for bilateral hearing loss remains denied because the

[redacted]

evidence submitted is not new and relevant.

## EVIDENCE

- Intent To File A Claim For Compensation and/or Pension, or Survivors Pension and/or DIC, received April 29, 2025
- VA Form 20-0995, Decision Review Request - Supplemental Claims, received May 15, 2025
- DD Form 214, Certificate of Release or Discharge from Active Duty, received October 10, 2025, for the period April 8, 2005 to April 7, 2008
- Service Personnel Records, received September 16, 2025
- ILER Report, completed June 21, 2025
- TERA Memorandum, completed June 21, 2025
- Service Treatment Records, received July 3, 2008 and July 1, 2025
- VAMC (Veterans Affairs Medical Center) treatment records, Washington, received June 17, 2025
- Private Treatment Records, Western State Hospital, received October 9, 2025
- Private Treatment Records, POSH Dental Arts, received September 16, 2025
- Private Treatment Records / Photographs, Quinnipiac Endodontics, LLC, received September 16, 2025
- Section (§) 5103 Notice Response, received December 13, 2025
- Buddy / Lay Statement, Melissa F. Caban - Spouse of Veteran, received December 13, 2025
- Buddy / Lay Statement, Veteran Kareem Melieka - Combat Buddy, received October 9, 2025
- Buddy / Lay Statement, Farzad Seihourn - Colleague (Verizon Wireless), received October 9, 2025
- Correspondence - Request for Reconsideration, received September 16, 2025
- Prison / Convict Information, * No Medical Records Received, received December 13, 2025
- Disability Benefit Questionnaire - Headaches (including Migraine Headaches), conducted June 24, 2025
- Disability Benefit Questionnaire - Medical Opinion - Headaches (including Migraine Headaches), conducted June 24, 2025
- Disability Benefit Questionnaire - Medical Opinion Addendum - Headaches, received August 26, 2025
- Disability Benefit Questionnaire - ESOPHAGEAL CONDITIONS (INCLUDING GASTROESOPHAGEAL REFLUX DISEASE (GERD), HIATAL HERNIA, AND OTHER ESOPHAGEAL DISORDERS), conducted September 4, 2025
- Rating Decision, completed January 10, 2025
- Rating Decision, completed December 9, 2024

## REASONS FOR DECISION

1. Eligibility to Dependents' Educational Assistance under 38 U.S.C. Chapter 35 based on permanent and total disability status.

Eligibility for Dependents' Educational Assistance is derived from a Veteran who was discharged under other than dishonorable conditions; and has permanent and total service-

[redacted]

connected disability(ies); or permanent and total disability(ies) existed at the time of death; or the Veteran died as a result of service-connected disability(ies). Also, eligibility exists for a service member who died in service. Finally, eligibility can be derived from a service member who, as a member of the armed forces on active duty, has been listed for more than 90 days as missing in action; captured in line of duty by a hostile force; or forcibly detained or interned in line of duty by a foreign government or power. Dependents' Educational Assistance (DEA) with additional compensation payments based on the student's school attendance is considered a duplication of benefits and is prohibited. (38 USC Chapter 35, 38 CFR 3.807, 38 CFR 21.3021)

Basic eligibility to Dependents' Educational Assistance is granted as the evidence shows you currently have a total service-connected disability, permanent in nature. (38 USC Chapter 35, 38 CFR 3.807, 38 CFR 21.3021)

2. Service connection for dental issues from botched implant.

A claimant may file a supplemental claim by submitting or identifying new and relevant evidence. New evidence is evidence not previously part of the actual record before agency adjudicators. Relevant evidence means evidence that tends to prove or disprove a matter at issue in a claim. (38 CFR 3.2501) In support of your claim, new and relevant evidence has been received and your claim is now reconsidered.

A direct grant of service connection requires: 1) medical evidence of a current disability, 2) evidence of the incurrence or aggravation of a disease or injury in active military service, and 3) medical evidence of a nexus (link) between the current disability and the in-service disease or injury. (38 CFR 3.303, 38 CFR 3.304)

The VA received your application for reconsideration of service connection for the contention of botched implant. We have reviewed your evidence that includes photographs submitted from POSH Dental Arts and New Britain Dental Arts. Although, the evidence provides an itemized list of procedures performed, it does not include any details or diagnosis for your claimed contention of botched implants.

Service connection may be granted for a condition diagnosed after military discharge provided evidence establishes that the condition was caused by service. Service connection may be granted on this basis for a disability related to toxic exposure risk activity (TERA) during military service if evidence demonstrates that the Veteran was actually exposed in service and that a disease associated with such exposure resulted. (38 CFR 3.303, 38 CFR 3.304)

We considered whether your condition resulted from a toxic exposure risk activity (TERA) in service. (38 U.S.C. 1168, 38 U.S.C. 1710(e)(4)) The evidence of record shows participation in a TERA. However, as previously mentioned their is no current diagnosis for botched implants.

It has not been established that dental issues from botched implant resulted from TERA participation in this case because the evidence does not show a diagnosis of dental issues from botched implant. (38 CFR 3.303, 38 CFR 3.304)

[redacted]

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for dental issues from botched implant is denied because the medical evidence of record fails to show that this disability has been clinically diagnosed. (38 CFR 3.303, 38 CFR 3.304)

Favorable Findings identified in this decision:

Participation in a toxic exposure risk activity is conceded to include particulate matter and burn pit smoke.

<u>3. Service connection for gastroesophageal reflux disease (GERD).</u>

A claimant may file a supplemental claim by submitting or identifying new and relevant evidence. New evidence is evidence not previously part of the actual record before agency adjudicators. Relevant evidence means evidence that tends to prove or disprove a matter at issue in a claim. (38 CFR 3.2501) In support of your claim, new and relevant evidence has been received and your claim is now reconsidered.

Service connection can also be established for a disability which is proximately due to or the result of a service-connected condition if the evidence shows that you have been medically diagnosed with a condition, and there is a relationship between the claimed condition and the service-connected condition. (38 CFR 3.310)

Service connection may be granted for a condition diagnosed after military discharge provided evidence establishes that the condition was caused by service. Service connection may be granted on this basis for a disability related to toxic exposure risk activity (TERA) during military service if evidence demonstrates that the Veteran was actually exposed in service and that a disease associated with such exposure resulted. (38 CFR 3.303, 38 CFR 3.304)

Your VA examination conducted on September 4, 2025, does not show a current diagnosed disability. (38 CFR 3.159, 38 CFR 3.303)

We considered whether your condition resulted from a toxic exposure risk activity (TERA) in service. (38 U.S.C. 1168, 38 U.S.C. 1710(e)(4)) The evidence of record shows participation in a TERA, but as previously mentioned, you do not have a diagnosis for GERD,

It has not been established that gastroesophageal reflux disease (GERD) resulted from TERA participation in this case because the evidence does not show a diagnosis of gastroesophageal reflux disease (GERD). (38 CFR 3.303, 38 CFR 3.304)

The previous denial of service connection for gastroesophageal reflux disease (GERD) is confirmed and continued.

Favorable Findings identified in this decision:

[redacted]

Participation in a toxic exposure risk activity is conceded to include particulate matter and burn pit smoke.

4. Service connection for migraines including migraine variants as a result of a toxic exposure risk activity (TERA).

Service connection may be granted for a condition diagnosed after military discharge provided evidence establishes that the condition was caused by service. Service connection may be granted on this basis for a disability related to toxic exposure risk activity (TERA) during military service if evidence demonstrates that the Veteran was actually exposed in service and that a disease associated with such exposure resulted. (38 CFR 3.303, 38 CFR 3.304)

We considered whether your condition resulted from a toxic exposure risk activity (TERA) in service. (38 U.S.C. 1168, 38 U.S.C. 1710(e)(4)) The evidence of record shows participation in a TERA. Service connection for migraines including migraine variants has been established as directly related to military service. (38 CFR 3.303, 38 CFR 3.304)

An evaluation of 30 percent is assigned from April 29, 2025. Service connection has been established from the day VA received your intent to file. When a claim of service connection is received more than one year after discharge from active duty, and a complete application was received within one-year from the date of intent to file, the effective date is the date VA received your intent to file. (38 CFR 3.155, and 38 CFR 3.400)

We have assigned a 30 percent evaluation for your headaches based on:
• Characteristic prostrating attacks occurring on an average once a month over last several months

A higher evaluation of 50 percent is not warranted for migraines unless the evidence shows:
• Very frequent completely prostrating and prolonged attacks productive of severe economic inadaptability. (38 CFR 4.120, 38 CFR 4.124a)

5. Service connection for bilateral hearing loss.

A claimant may file a supplemental claim by submitting or identifying new and relevant evidence. New evidence is evidence not previously part of the actual record before agency adjudicators. Relevant evidence means evidence that tends to prove or disprove a matter at issue in a claim. (38 CFR 3.2501)

The VA received your application for reconsideration of service connection for the contention of bilateral hearing loss. However, no new or relevant evidence as been submitted for consideration since the rating decision from December 9, 2024 was completed.

The claim for service connection for bilateral hearing loss remains denied because the evidence submitted is not new and relevant.

[redacted]

Favorable Findings identified in this decision:

Participation in a toxic exposure risk activity is conceded to include particulate matter and burn pit smoke.

The evidence shows that a qualifying event, injury, or disease had its onset during your service. Based on your service records and MOS, you were exposed to hazardous military noise levels.

REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all Veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our website, www.va.gov.

## Fraud Prevention: Protect Your Benefits

Please contact the VA ***immediately*** at 1-800-827-1000 if you suspect your information is compromised.

- You receive correspondence from VA concerning a claim, and you don't remember filing a claim contact the VA at 1-800-827-1000.
- You receive correspondence requesting a processing fee prior to releasing benefit payments contact the VA at 1-800-827-1000.
- VA may check in with you by phone, email, or text message. The VA will **never ask for personal information via email.** This includes verification of your SSN, address, and/or bank information. If you are unsure about any call, email, or text, confirm details directly with the VA.
- VA **does not threaten** claimants with jail or lawsuits.
- Be cautions of telephone numbers on caller ID. Scammers may change the telephone number (spoofing) to make a call appear to come from a different person or place.
- When in doubt, hang up and call VA directly at 1-800-827-1000, or call your Power of Attorney representative (DAV, VFW, etc.).
- **Do not ignore emails or letters** from the VA notifying you of an update to direct deposit or eBenefits account information. If you don't remember making changes, it could be the first sign your information was compromised.
- Use secure, unique passwords, and two factor identification where available. To establish a more secure logon for Vets.gov and ebenefits.va.gov with two factor identification create an account via ID.me at https://api.id.me/en/registration/new
- Monitor your accounts regularly, respond to fraud alerts and report unauthorized transactions promptly.
- To learn more about protecting yourself from fraud, and how to report it visit https://www.va.gov/oig/hotline/default.asp, or go to VA.gov and search "Office of Inspector General".
- For more details on how to avoid scams go to https://www.fcc.gov/veterans-targeted-benefits-scams
- Download free financial scam awareness resources at https://www.consumerfinance.gov/about-us/blog/helping-prevent-scams-targeted-veterans/
- Get up-to-date information on fraud and scams from the Federal Trade Commission https://public.tableau.com/profile/federal.trade.commission

[redacted]


United States of America
National Geospatial-Intelligence Agency
Caban, Cleo M.
Contractor
whose photograph and signature appear hereon, is an accredited representative of the United States Government engaged on official business for the National Geospatial-Intelligence Agency.
Office of Counterintelligence
Counterintelligence Officer (Contractor)
These NGA Credentials are issued for the official use of the holder designated herein. The bearer is authorized to conduct counterintelligence related activities and other duties as entrusted. Any unauthorized use or alteration of this credential will make the offender liable to civil or criminal penalties IAW 18 U.S.C. 499, 506, 701, and 912.
SIC-0192
EXP Date: 2026-05-17
SIGNATURE OF BEARER
DIRECTOR, SECURITY AND INSTALLATIONS
NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY

***Arlington General District Court*** *(details)*



Case #: **GC24007186-00**
Defendant: **CABAN, CLEO MANUEL**

**Defendant Information**

Address: **WOODBRIDGE, VA 22192**
Gender: **MALE**
Race: **BLACK**
DOB: [redacted]
Attorney: **DENNIS, HARRY**

**Case/Charge Information**

Defendant Status: **BAIL**
Filed Date: **12/27/2024**
Locality: **COMMONWEALTH OF VA**
Code Section: 18.2-119
Charge: **TRESPASS AFTER FORBIDDEN**
Offense Tracking/Process #: **013GM2400019435**
Case Type: **MISDEMEANOR**
Class: **CLASS 1**
Summons #: **2400019435**
Offense Date: **12/23/2024**
Arrest Date: **12/23/2024**
Complainant: **LAPRISE, J**
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

**Appeal Information**

Appeal Date:

**Hearing Information**

| Date | Time | Result | Type | Courtroom | Plea | Continuance |
|---|---|---|---|---|---|---|
| **04/17/2025** | **09:00 AM** | **FINAL** | **MOTION** | **3B** | | |
| **04/15/2025** | **09:00 AM** | **CONTINUED** | **REVIEW PROGRESS** | **3A** | | |
| **02/04/2025** | **09:00 AM** | **CONTINUED** | **REVIEW PROGRESS** | **3B** | | |
| **01/30/2025** | **09:00 AM** | **CONTINUED** | **REVIEW PROGRESS** | **3B** | | |
| **01/16/2025** | **10:00 AM** | **CONTINUED** | **MOTION** | **3B** | | |
| **01/09/2025** | **09:00 AM** | **CONTINUED** | **BOND** | **3B** | | |
| **12/27/2024** | **09:00 AM** | **CONTINUED** | **ARRAIGNMENT** | **3B** | | |

**Disposition Information**

Disposition: **NOLLE PROSEQUI**
Sentence Time:
Sentence Suspended:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:
Restriction Effective Date:
Operator License Restrictions:
VASAP:
Fine: *

Costs: *
Fine/Costs Due: *
Fine/Costs Paid:
Fine/Costs Paid Date:

* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

**Service/Process**

No Services/Processes found.

Return to Search Results


Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.
Build Number: 3.0.2.71

Return to Search Results

***Arlington General District Court (details)***

Subscribe

Case #: **GC24007186-00**
Defendant: **CABAN, CLEO MANUEL**

**Defendant Information**

Address: **WOODBRIDGE, VA 22192**
Gender: **MALE**
Race: **BLACK**
DOB: [redacted]
Attorney: **DENNIS, HARRY**

**Case/Charge Information**

Defendant Status: **BAIL**
Filed Date: **12/27/2024**
Locality: **COMMONWEALTH OF VA**
Code Section: 18.2-119
Charge: **TRESPASS AFTER FORBIDDEN**
Offense Tracking/Process #: **013GM2400019435**
Case Type: **MISDEMEANOR**
Class: **CLASS 1**
Summons #: **2400019435**
Offense Date: **12/23/2024**
Arrest Date: **12/23/2024**
Complainant: **LAPRISE, J**
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

**Appeal Information**

Appeal Date:

**Hearing Information**

| Date | Time | Result | Type | Courtroom | Plea | Continuance |
|---|---|---|---|---|---|---|
| 04/17/2025 | 09:00 AM | FINAL | MOTION | 3B | | |
| 04/15/2025 | 09:00 AM | CONTINUED | REVIEW PROGRESS | 3A | | |
| 02/04/2025 | 09:00 AM | CONTINUED | REVIEW PROGRESS | 3B | | |
| 01/30/2025 | 09:00 AM | CONTINUED | REVIEW PROGRESS | 3B | | |
| 01/16/2025 | 10:00 AM | CONTINUED | MOTION | 3B | | |
| 01/09/2025 | 09:00 AM | CONTINUED | BOND | 3B | | |
| 12/27/2024 | 09:00 AM | CONTINUED | ARRAIGNMENT | 3B | | |

**Disposition Information**

Disposition: **NOLLE PROSEQUI**
Sentence Time:
Sentence Suspended:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:
Restriction Effective Date:
Operator License Restrictions:
VASAP:
Fine: *
Costs: *

***Arlington General District Court* *(details)***

Case #: **GC24007186-00**

Defendant: **CABAN, CLEO MANUEL**

No Services/Processes found.

Return to Search Results


Copyright © Office of the Executive Secretary, Supreme Court of Virginia, 2019. All Rights Reserved.

# Traffic/Criminal Case Details

## Case/Defendant Information

| | | |
|---|---|---|
| **Case Number :** GC24007185-00 | **Filed Date :** 12/27/2024 | **Locality :** COMMONWEALTH OF VA |
| **Name :** CABAN, CLEO MANUEL | **Status :** Custody | **Defense Attorney :** DENNIS, HARRY |
| **Address :** WOODBRIDGE, VA | **AKA1 :** | **AKA2 :** |
| **Gender :** Male | **Race :** Black | **DOB :** [redacted] |

## Charge Information

| | | |
|---|---|---|
| **Charge :** OBSTRUCT/RESIST: THREAT/FORCE | **Offense Tracking/Processing # :** 013GM2400019434 | **Summons # :** 2400019434 |
| **Code Section :** 18.2-460(B) | **Case Type :** Misdemeanor | **Class :** 1 |
| **Offense Date :** 12/23/2024 | **Arrest Date :** 12/23/2024 | **Complainant :** LAPRISE, J |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

## Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 04/17/2025 | 09:00 AM | Finalized | Motion | 3B | Guilty | |
| 04/15/2025 | 09:00 AM | Continued | Review Progress | 3A | | |
| 02/04/2025 | 09:00 AM | Continued | Review Progress | 3B | | |
| 01/30/2025 | 09:00 AM | Continued | Review Progress | 3B | | |
| 01/16/2025 | 10:00 AM | Continued | Motion | 3B | | |
| 01/09/2025 | 09:00 AM | Continued | Bond | 3B | | |
| 12/27/2024 | 09:00 AM | Continued | Arraignment | 3B | | |

## Service/Process

## Disposition Information

| | | |
|---|---|---|
| **Final Disposition :** Guilty | | |
| **Sentence Time :** 00Months 180Days 00Hours | **Sentence Suspended Time :** 00Months 160Days 00Hours | |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** | **Costs :** $236.00 | **Fine/Costs Due :** |
| **Fine/Costs Paid :** Paid | **Fine/Costs Paid Date :** 04/23/2025 | **VASAP :** |

# Traffic/Criminal Case Details

## Case/Defendant Information

| | | |
|---|---|---|
| **Case Number :** GC24007186-00 | **Filed Date :** 12/27/2024 | **Locality :** COMMONWEALTH OF VA |
| **Name :** CABAN, CLEO MANUEL | **Status :** Bonded | **Defense Attorney :** DENNIS, HARRY |
| **Address :** WOODBRIDGE, VA | **AKA1 :** | **AKA2 :** |
| **Gender :** Male | **Race :** Black | **DOB :** [redacted] |

## Charge Information

| | | |
|---|---|---|
| **Charge :** TRESPASS AFTER FORBIDDEN | **Offense Tracking/Processing # :** 013GM2400019435 | **Summons # :** 2400019435 |
| **Code Section :** 18.2-119 | **Case Type :** Misdemeanor | **Class :** 1 |
| **Offense Date :** 12/23/2024 | **Arrest Date :** 12/23/2024 | **Complainant :** LAPRISE, J |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

## Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 04/17/2025 | 09:00 AM | Finalized | Motion | 3B | | |
| 04/15/2025 | 09:00 AM | Continued | Review Progress | 3A | | |
| 02/04/2025 | 09:00 AM | Continued | Review Progress | 3B | | |
| 01/30/2025 | 09:00 AM | Continued | Review Progress | 3B | | |
| 01/16/2025 | 10:00 AM | Continued | Motion | 3B | | |
| 01/09/2025 | 09:00 AM | Continued | Bond | 3B | | |
| 12/27/2024 | 09:00 AM | Continued | Arraignment | 3B | | |

## Service/Process

## Disposition Information

**Final Disposition :** Nolle Prosequi

| | | |
|---|---|---|
| **Sentence Time :** 00Months 000Days 00Hours | **Sentence Suspended Time :** 00Months 000Days 00Hours | |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** | **Costs :** | **Fine/Costs Due :** |
| **Fine/Costs Paid :** | **Fine/Costs Paid Date :** | **VASAP :** |

Save for medical records! (Cabi) —Bob

## Discharge Summary Report

**Western State Hospital**
103 Valley Center Drive
Staunton, VA 24401-

| | | | |
|---|---|---|---|
| Patient: | **CABAN, CLEO MANUEL** | | |
| MRN: | [redacted] | Admit: | 2/18/2025 09:35 EST |
| FIN: | [redacted] | Disch: | |
| DOB/Age/Sex: | [redacted] 45 years | Admitting: | Dixon,PMHNP,Hamnet Susannah |
| Location: | Male | Attending: | Simopoulos,MD,Eugene Foris |
| | WSH 2PINE; H2092; 1 | | |

*BH Discharge Instructions*

| | |
|---|---|
| Document Type: | BH Discharge Instructions |
| Service Date/Time: | 3/26/2025 21:20 EDT |
| Result Status: | Auth (Verified) |

# CABAN, CLEO MANUEL

**DOB:** [redacted]
**MRN:** [redacted]
**Visit Date:** 02/18/2025

# Future Appointments

## Discharge Date

03/27/2025

**Follow Up with** Follow up with Psychiatrist
**When** Within 2 to 4 days

**Why:** Arlington ADC - Medical Services

**Where:**

**Follow Up with** Follow up with primary care provider
**When** Within 1 month

**Why:** Arlington ADC - Medical Services

**Where:**

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see §€112.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§€112.12(c)(5) and 2.65

**Western State Hospital**

Patient Name: CABAN, CLEO MANUEL
MRN: [redacted]
FIN: [redacted]
DOB/Age/Sex: [redacted] 45 years Male

Admit: 2/18/2025 09:35 EST
Disch:
Admitting: Dixon,PMHNP,Hamnet Susannah
Attending: Simopoulos,MD,Eugene Foris

*BH Discharge Instructions*

# Medications

## This Is Your Medication List
### New/Continue/Continue with Changes

- OLANZapine (OLANZapine 10 mg oral tablet)
- albuterol (albuterol 90 mcg/inh aerosol inhaler)
- atorvastatin (atorvastatin 10 mg oral tablet)
- hydrOXYzine (hydrOXYzine pamoate 50 mg oral capsule)
- hydroCHLOROthiazide (hydroCHLOROthiazide 25 mg oral tablet)
- losartan (losartan 25 mg oral tablet)
- melatonin (melatonin 5 mg oral tablet)
- methocarbamol (methocarbamol 500 mg oral tablet)
- multivitamin (Therapeutic Multiple Vitamins oral tablet)
- prazosin (prazosin 1 mg oral capsule)
- sertraline (sertraline 100 mg oral tablet)
- sertraline (sertraline 50 mg oral tablet)

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| ***New*** | melatonin (melatonin 5 mg oral tablet) | 1 tab Oral (given by mouth) | Every day at bedtime | | |
| ***New*** | multivitamin (Therapeutic Multiple Vitamins oral tablet) | 1 tab Oral (given by mouth) | Every day | | |
| ***New*** | OLANZapine (OLANZapine 10 mg oral tablet) | 1 tab Oral (given by mouth) | 3 times a day | | |
| ***Changed*** | albuterol (albuterol 90 mcg/ inh aerosol inhaler) | 2 Inhalation Inhale (breathe in) | Every 6 hours as needed for wheezing | | |
| ***Changed*** | hydrOXYzine (hydrOXYzine pamoate 50 mg oral capsule) | 1 Capsules Oral (given by mouth) | 2 times a day | | |
| ***Changed*** | hydroCHLOROthiaz | 1 tab | Every day | | |

42 CFR part 2 prohibits unauthorized disclosure of these records.

**Western State Hospital**

Patient Name: CABAN, CLEO MANUEL
MRN: [redacted]
FIN: [redacted]
DOB/Age/Sex: [redacted] 45 years Male

Admit: 2/18/2025 09:35 EST
Disch:
Admitting: Dixon,PMHNP,Hamnet Susannah
Attending: Simopoulos,MD,Eugene Foris

## *BH Discharge Instructions*

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| | ide (hydroCHLOROthiazide 25 mg oral tablet) | Oral (given by mouth) | | | |
| ***Changed*** | methocarbamol (methocarbamol 500 mg oral tablet) | 1 tab Oral (given by mouth) | 2 times a day as needed for pain | | |
| ***Changed*** | sertraline (sertraline 100 mg oral tablet) | 1 tab Oral (given by mouth) | Every day | | |
| ***Changed*** | sertraline (sertraline 50 mg oral tablet) | 1 tab Oral (given by mouth) | Every day | | |
| ***Unchanged*** | atorvastatin (atorvastatin 10 mg oral tablet) | 1 tab Oral (given by mouth) | At bedtime | | |
| ***Unchanged*** | losartan (losartan 25 mg oral tablet) | 1 tab Oral (given by mouth) | Every day | | |
| ***Unchanged*** | prazosin (prazosin 1 mg oral capsule) | 1 Capsules Oral (given by mouth) | At bedtime | | |

42 CFR part 2 prohibits unauthorized disclosure of these records.

Patient Name: CABAN, CLEO MANUEL
MRN: [redacted] DOB/Age/Sex: [redacted] 47 years Male

## Primary Care Discharge Note

He was adherent with his BP and cholesterol meds

Did not use his PRN albuterol inhaler during this admission

He gained some weight after reportedly losing weight in jail

ALT was mildly elevated with negative screening for Hep B and C

Hospital Course

Admitted 2/1/2025
Anticipated discharge on or about 3/26/2025

Immunizations

| Vaccine | Date | Status | Comments |
|---|---|---|---|
| influenza virus vaccine, inactivated | 10/04/2023 | Recorded | Per VIIS |
| SARS-CoV-2 mRNA (tozinameran) vaccine | 12/09/2021 | Recorded | Booster per VIIS |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 04/21/2021 | Recorded | Per VIIS |
| SARS-CoV-2 (COVID-19) mRNA-1273 vaccine | 03/24/2021 | Recorded | Per VIIS |

Problem List
Ongoing
ADHD - Attention deficit disorder with hyperactivity
Asthma
HTN - Hypertension
Legal problem
New patient screening done
PTSD - Post-traumatic stress disorder
Historical
No qualifying data

Procedures/Surgeries

None

Implanted/Ex-Planted Devices

None reported

None implanted during this admission

Devices/Equipment

Albuterol MDI

42 CFR part 2 prohibits unauthorized disclosure of these records.

## Primary Care Discharge Note

Peak flow meter for asthma

Allergies
No Known Medication Allergies

Medications
Inpatient
acetaminophen, 650 mg= 2 tab, Oral, Q4H, PRN
albuterol 90 mcg/inh aerosol inhaler, 180 mcg= 2 inh, Inhale, every 6 hr, PRN
atorvastatin, 10 mg= 1 tab, Oral, HS
bisacodyl, 10 mg= 2 tab, Oral, Daily, PRN
hydroCHLOROthiazide, 25 mg= 1 tab, Oral, Daily
hydrOXYzine pamoate, 50 mg= 1 cap, Oral, BID
hydrOXYzine pamoate, 50 mg= 1 cap, Oral, Q8H, PRN
ibuprofen, 400 mg= 1 tab, Oral, every 8 hr, PRN
losartan, 25 mg= 1 tab, Oral, Daily
magnesium hydroxide/aluminum hydroxide/simethicone 200 mg-200 mg-20 mg/5 mL oral suspension, 30 mL, Oral, Q4H, PRN
melatonin, 5 mg= 1 tab, Oral, every day at bedtime
methocarbamol, 500 mg= 1 tab, Oral, BID, PRN
Milk of Magnesia 8% oral suspension, 30 mL, Oral, every 12 hr, PRN
OLANZapine, 10 mg= 1 tab, Oral, TID
OLANZapine, 10 mg= 1 tab, Oral, Q8H, PRN
prazosin, 1 mg= 1 cap, Oral, HS
sertraline, 100 mg= 1 tab, Oral, Daily
sertraline, 50 mg= 1 tab, Oral, Daily
Therapeutic Multiple Vitamins oral tablet, 1 tab, Oral, Daily
tuberculin purified protein derivative (PPD Step 1 of 2), 5 units= 0.1 mL, Intradermal, Vaccine

Review of Systems

See admission physical from Feb

Physical Exam

See admission physical from Feb

Labs

| Event Name | Event Result | Normal Range | Date/Time |
|---|---|---|---|
| WBC | 5.36 K/mcL | 4 K/mcL - 10 K/mcL | 02/19/25 07:32:00 |
| RBC | 4.51 x10^12/L Low | 4.7 x10^12/L - 6.1 x10^12/L | 02/19/25 07:32:00 |
| Hgb | 14.7 g/dL | 14 g/dL - 18 g/dL | 02/19/25 07:32:00 |
| Hct | 42 % | 42 % - 52 % | 02/19/25 07:32:00 |
| MCV | 93.1 fL | 80 fL - 94 fL | 02/19/25 07:32:00 |
| MCH | 32.6 pg High | 25 pg - 32 pg | 02/19/25 07:32:00 |
| MCHC | 35 g/dL | 31.5 g/dL - 37 g/dL | 02/19/25 07:32:00 |
| RDW | 12.5 % | 11.5 % - 14.5 % | 02/19/25 07:32:00 |
| Platelets | 216 K/mcL | 130 K/mcL - 400 K/mcL | 02/19/25 07:32:00 |

Patient Name: CABAN, CLEO MANUEL
MRN: [redacted] DOB/Age/Sex: [redacted] 47 years Male

## Primary Care Discharge Note

| | | | |
|---|---|---|---|
| MPV | 10.1 fL | 9.4 fL - 12.3 fL | 02/19/25 07:32:00 |
| Neutro Auto | 53.3 % | 37 % - 80 % | 02/19/25 07:32:00 |
| Immature Granulocytes | 0.2 % | 0 % - 3 % | 02/19/25 07:32:00 |
| Lymph Auto | 34.7 % | 10 % - 50 % | 02/19/25 07:32:00 |
| Mono Auto | 7.5 % | 0 % - 12 % | 02/19/25 07:32:00 |
| Eos, Auto | 3.9 % | 0 % - 7 % | 02/19/25 07:32:00 |
| Basophil Auto | 0.4 % | 0 % - 2.5 % | 02/19/25 07:32:00 |
| Neutro Absolute | 2.86 K/mcL | 2 K/mcL - 6.9 K/mcL | 02/19/25 07:32:00 |
| Immature Grans Abs | <0.04 | 0 K/mcL - 0.03 K/mcL | 02/19/25 07:32:00 |
| Lymph Absolute | 1.86 K/mcL | 0.6 K/mcL - 3.4 K/mcL | 02/19/25 07:32:00 |
| Mono Absolute | 0.4 K/mcL | 0 K/mcL - 0.9 K/mcL | 02/19/25 07:32:00 |
| Eos Absolute | 0.21 K/mcL | 0 K/mcL - 0.7 K/mcL | 02/19/25 07:32:00 |
| Baso Absolute | <0.04 | 0 K/mcL - 0.2 K/mcL | 02/19/25 07:32:00 |
| Glucose Level | 79 mg/dL | 74 mg/dL - 106 mg/dL | 02/19/25 07:32:00 |
| BUN | 13 mg/dL | 7 mg/dL - 18 mg/dL | 02/19/25 07:32:00 |
| Creatinine Level | 0.86 mg/dL | 0.7 mg/dL - 1.3 mg/dL | 02/19/25 07:32:00 |
| BUN/Creat Ratio | 15 ratio | 12 ratio - 20 ratio | 02/19/25 07:32:00 |
| eGFRcr CKD-EPI_R | 109 mL/min/1.73 m2 | | 02/19/25 07:32:00 |
| Sodium Level | 142 mmol/L | 136 mmol/L - 145 mmol/L | 02/19/25 07:32:00 |
| Potassium Level | 3.8 mmol/L | 3.5 mmol/L - 5.1 mmol/L | 02/19/25 07:32:00 |
| Chloride Level | 102 mmol/L | 98 mmol/L - 107 mmol/L | 02/19/25 07:32:00 |
| CO2 | 32 mmol/L | 21 mmol/L - 32 mmol/L | 02/19/25 07:32:00 |
| Anion Gap | 8 | 6 - 16 | 02/19/25 07:32:00 |
| Calcium Level | 9.7 mg/dL | 8.5 mg/dL - 10.1 mg/dL | 02/19/25 07:32:00 |
| Protein Total | 7.3 g/dL | 6.4 g/dL - 8.2 g/dL | 02/19/25 07:32:00 |
| Albumin Level | 4 g/dL | 3.4 g/dL - 5 g/dL | 02/19/25 07:32:00 |
| Globulin | 3.3 g/dL | 2.3 g/dL - 3.5 g/dL | 02/19/25 07:32:00 |
| A/G Ratio. | 1.2 ratio | 0.8 ratio - 2 ratio | 02/19/25 07:32:00 |
| Alk Phos | 74 U/L | 46 U/L - 116 U/L | 02/19/25 07:32:00 |
| ALT | 94 U/L High | 16 U/L - 63 U/L | 02/19/25 07:32:00 |
| AST | 32 U/L | 15 U/L - 37 U/L | 02/19/25 07:32:00 |
| Bilirubin Total | 0.7 mg/dL | 0.2 mg/dL - 1 mg/dL | 02/19/25 07:32:00 |
| Hemoglobin A1c | 5.4 % | 3.8 % - 5.6 % | 02/19/25 07:32:00 |
| eAvg Glucose | 108 mg/dL | 77 mg/dL - 125 mg/dL | 02/19/25 07:32:00 |
| Osmo Calc | 282 mOsm/kg | 275 mOsm/kg - 300 mOsm/kg | 02/19/25 07:32:00 |
| Cholesterol Total | 162 mg/dL | 0 mg/dL - 200 mg/dL | 02/19/25 07:32:00 |
| Triglycerides | 193 mg/dL High | 0 mg/dL - 150 mg/dL | 02/19/25 07:32:00 |
| HDL | 56 mg/dL | | 02/19/25 07:32:00 |

42 CFR part 2 prohibits unauthorized disclosure of these records.

Patient Name: CABAN, CLEO MANUEL
MRN: [redacted] DOB/Age/Sex: [redacted] 47 years Male

## *BH Discharge Instructions*

SW Discharge Summary & Recommendations

Cleo is a 45-year-old married male admitted to Western State Hospital on 02/18/2025 under an order for treatment of incompetent defendant. They have completed their evaluation and been found to be competent to stand trial. Arlington ADC security staff will transport Cleo back to the detention center. They will be followed for mental health needs there. Andre Buffington, Arlington CSB Liaison, was informed of Cleo's upcoming discharge. Once released, Cleo should follow up with Arlington CSB or their local mental health clinic for additional community-based services and supports. It is recommended that Cleo attend all scheduled appointments, take medications as prescribed, and avoid illicit substances. Cleo has been provided information on smoking cessation programs available through the Quit Now Virginia line (1-800-QUIT-NOW/1-800-784-8669 should they need a smoking cessation program in the future.

**Advanced Directive Information**
Advance Directive Provided: Yes

# Emergency Resources

In case of emergency call 911 or **go to your local emergency department.**

**National Suicide Prevention Hotline Number: 988**

**CSB Emergency Number**
703-228-5160

**Facility Emergency Contact**
Western State Hospital
103 Valley Center Drive
Staunton, VA, 24401
540-332-8000
***Walk In admissions not accepted***

# Nursing Instructions

**Nursing:**
Med Education Provided at Discharge: Yes
Med Education Understood at Discharge: Yes
Interpreter Services Provided: No
Diagnosis Education Provided: Yes
Nursing Discharge Instructions/Comments: -Continue diet and activity as tolerated -Continue to take medications as prescribed. 3 day supply provided upon discharge from Western State Hospital. -Follow up with provider at Arlington ADC for medical and mental health care. -If right ankle pain persists or worsens follow up with medical -Follow up with Arlington CSB for facilitation of appointments for mental health care in community or provider of your choice post release from ADC.

## *Primary Care Progress Note*

Obstruct Justice Official Victim, Threat /Force; Trespass: After Forbidden. A CST evaluation was done by Beth Gouse, Ph. D who concluded that although he was able to show factual understanding, he was not able to demonstrate rational understanding of the court proceedings due interference from mental health symptoms such as paranoid beliefs and tangential thoughts. He was opined incompetent to stand trial and a recommendation was made for outpatient restoration. Kelly Nieman, LMPH in a letter to judge O' Brien mentioned that the pt was too psychiatrically unstable to participate in all restoration services. He was referred for inpatient restoration and now arrives on an order for same.

Per jail MH summary, he is calm and cooperative, housed in segregation and single cell. He is eating, sleeping and maintaining hygiene.

Jail mental health notes he vesiculated about making suicidal statements. He smeared food on windows and shoved food on the door. Expressed delusional statements.

**Medical Hx**: H/o Asthma, HTN. Per jail medical clearance on 2/5/25: VS on 1/24/25: T 98.2, P 58, R 18, BP 125/85, SPO2 100 %. NKDA. Adequate food and fluid intake past 24 hours.
History of nerve damage left wrist
Negative COVID symptom screening on 2/17/2025

**PPD**:

**Current Meds**: Albuterol 90mcg 2 puffs PRN, atorvastatin 10 mg po HS, HCTZ 25mg PO QAM, Hydroxyzine Pam 50 mg PO QHS, Losartan 25mg PO QAM, Methocarbamol 500mg PO BID PRN, Prazosin 1mg PO QHS, Sertraline 150mg PO QAM.

On admit, notes preferred name as "Cleo." He is calm, cooperative and pleasant and presents with matter-of-fact affect. Oriented to time, place and person. Says he has no idea why he is at a psychiatric hospital. Has some knowledge of his current medications and consents to continue them as prescribed. Denies anxiety or depressive symptoms. Denies SI or history of self-harm. Says his only suicidal ideation occurred in 2006 on December 23 when one of his military colleagues was blown up.
Denies HI or AVH. There are moments when he appears to be responding to internal stimuli evidenced by smiling to self. Expresses likely delusional ideations about how he is treated by the court system and law enforcement. Questionable re delusional ideation regarding past employment as "counter intelligence, insider threats, dark web threat analyst for Verizon." He sleeps "okay." Says his appetite is "getting better," after being on a 2-week hunger strike up to a week ago. Says he lost about 40 lbs. Ate snacks and drank fluids. Also showered. Q 15 min safety checks due to new admit status. [1]

<u>BH-Past Psychiatric History</u>

history of receiving mental health services through the Veterans Administration.
**Past Meds**: Zoloft, Concerta [2]

**<u>Problem List/Past Medical History</u>**
<u>Ongoing</u>
ADHD - Attention deficit disorder with hyperactivity
Asthma
HTN - Hypertension
Legal problem
New patient screening done
PTSD - Post-traumatic stress disorder
<u>Historical</u>
No qualifying data

Self reported hx TBI in 2008 while serving in army in Iraq - IED explosion
Possible constipation

42 CFR part 2 prohibits unauthorized disclosure of these records.

## *Psychology Progress Notes*

**Mental Status:** Mr. Caban met with the treatment team on 3/3/25. His speech was somewhat loud and pressured, and his statements were oddly phrased and often circumstantial and poorly organized. For example, when asked about his current experience with psychotropic medication, Mr. Caban first said that “150 mg of Zoloft was not going to be conducive with a happy go lucky attitude” before suddenly talking about his memories of military service in Iraq, then returning to his perspective of his medication regimen “mak[ing] me feel more or less sublime.” Mr. Caban said that the treatment groups offered at WSH are “a little mundane and below the substandard equality of my mind but I’m not gonna judge.” He presented a large stack of letters that he asked to be mailed to various governing bodies and professional organizations. He indicated that his letters contained grievances pertaining to his current legal situation. He provided a copy of one of his letters to the treatment team, which was lengthy and replete with references to irrational beliefs about the legal system and Mr. Caban’s personal history.

**Barriers to Competency:** Mr. Caban’s psychiatric symptoms (i.e., cognitive disorganization, irrational beliefs with grandiose and paranoid themes) are the primary barrier to trial competency.

**Interventions:** Given Mr. Caban’s frequent usage of PRN olanzapine, this medication is now scheduled in addition to sertraline (see psychiatry notes). He was assigned to individual restoration sessions on 3/3/25, which are anticipated to begin within the next week.

**Assessment/Plan:** Mr. Caban does not yet meet the trial competency standard, but it is anticipated that he may be restored with ongoing treatment (see above).

Electronically Signed on 03/06/25 10:06 AM

Schiedel, PhD, Rebecca L

| | |
|---|---|
| Document Type: | Psychology Progress Note |
| Service Date/Time: | 2/25/2025 13:06 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | Initial Psychology Note |
| Sign Information: | Schiedel,PhD,Rebecca L (2/25/2025 13:08 EST) |

**Initial Psychology Note:**

**Background Information:** Cleo Caban is a 45-year-old male admitted to WSH on 2/18/25 for restoration of trial competency. He was incarcerated at Arlington ADC on 1/16/25 for charges of *Resist/Obstruct through Threat/Force; Trespass After Forbidden;* and *Possession of Schedule I/II Drugs.* During the outpatient competency evaluation with Dr. Beth Gouse on 1/26/25 (report authored 1/29/25), Mr. Caban expressed “wide-ranging paranoid and grandiose beliefs about … the circumstances surrounding his arrest…, his treatment by ACPD officers, and the connection between the Commonwealth’s Attorney and the Judge assigned to his case.” Dr. Gouse indicated that these beliefs impaired his rational understanding of court proceedings and his ability to assist counsel. Dr. Gouse opined that Mr. Caban was incompetent to stand trial and stated that “outpatient restoration efforts in the community would be an appropriate option.” The court ordered inpatient restoration on 2/4/25. During the WSH admission interview, Mr. Caban was calm and cooperative. At times he smiled to himself in a manner that suggested ongoing distraction by internal stimuli. He expressed seemingly delusional beliefs about his perceived mistreatment by legal and correctional systems. There are currently no available collateral records that provide additional information about Mr. Caban’s mental health history.

**Caban v. Laprise, et al., Civil Action No. 1:26-cv-2810-MSN-LRV (E.D. Va.)**

**EXHIBIT F — Transcript of the January 16, 2025 hearing, Arlington County General District Court, prepared by Plaintiff from his contemporaneous audio recording (Exhibit G). Text reproduced verbatim from the transcript file.**

---

Judge O'Brien -> Cleo Caban

Cleo Caban -> I prefer Special Agent Caban, I've earned that right ma'am.

Judge O'Brien -> Okay, um, Mr. Caban, this is your motion. Mr. Dennis, are you aware that he was filing this?

Harry Dennis 3rd -> I was aware... [when Mr. Webb notified me yesterday and told me]

Judge O'Brien -> You all right?

Harry Dennis 3rd -> Sure.

Judge O'Brien -> All right, Mr. Caban, uh... You're making a couple representations here. One, that Mr. Dennis has a conflict of interest, what do you mean?

Cleo Caban -> On Dec. 9th [2024] the Commonwealth and my attorney had an agreement, the agreement was [INAUDIBLE] that this individual [Cleo Caban] is gonna go for treatment, and after six months, we can appeal and dismiss the entire thing. Beautiful. So, December 23rd, allegedly, this person that you see before you was a accosted, tackled, maced by two police officers on this county. Now, it's only after spitting blood, spitting boogers. I think it was tactical grade mace. Perhaps it was pepper-spray. I'm not sure. I wasn't really in the right my mindset. Now, all of a sudden, this person [INAUDIBLE], tackled inside the pinnacle, all of a sudden, you know what happened your honor? They look in his back and they saw... counter intelligence, special, fucking agent of the United States capital IA.

Judge O'Brien -> Hey, hey!

Cleo Caban -> Yes, ma'am.

Judge O'Brien -> You're in a court of law.

Cleo Caban -> And I'm a federal agent who was accosted by two police officers.

Judge O'Brien -> Well, I mean, Mr. Caban, you better control yourself, or you're gonna be sitting in the back. Understood?

Cleo Caban -> I understand. I appreciate that, Your Honor.

Judge O'Brien -> Okay. Well, what you're telling me is that, uh, you feel you were unlawfully arrested, and why do you think that you would be better, uh, to represent yourself than... than

have a competent, experienced attorney, one of the most experienced attorneys in our court represent you?

Cleo Caban -> Your honor that's a fair question? See, the matter is, unbeknownst to you, the officers of this court, I'm a national security agent, that means I can represent the geospatial intelligence agency, because I work with the FBI. I'm not with the Central Intelligence Agency, although I've worked with them as well.

Judge O'Brien -> Okay. Can I talk to Deputy McCue?

Cleo Caban -> So, the question is ...

Deputy (Bailiff) McCue and Judge O'Brien -> [INAUDIBLE]

Judge O'Brien -> I understand what you're saying, but that does not mean that you are a capable, competent lawyer.

Cleo Caban -> I haven't finished.

Judge O'Brien -> Okay.

Cleo Caban -> The Reality is unbeknownst to the officers of the law, I may or may not have been on the national security mission, I have my passport, my credentials, foreign currency, and at what point with it, was I supposed to tell them, I may or may not have been an actual business event.

Judge O'Brien -> Okay, all right.

Cleo Caban -> So now the security dictates. If I have what's called top secret clearance. He does not have access to information I do.

Judge O'Brien -> Did you have the opportunity to speak to the magistrate and give them all this information?

Cleo Caban -> Ma'am, I am a counter intelligence officer. I do not dictate to who I tell, because it is not prohibited, because I'm a person of integrity. I'm not gonna say, I've got a Counter-Intelligence badge, you guys gotta let me go.

Judge O'Brien -> Mr. Caban, Mr. Caban

Cleo Caban -> Yes, Ma'am?

Judge O'Brien -> I've heard enough. Um, the, uh, I do not find that there's a conflict of interest on behalf of your attorney. He's working on your behalf. He actually.

Cleo Caban -> He has not made contact with me once since this happened. Since I brought to the

IG of the NGA. He has been speechless. Since I contacted every news outlet in America. He has been speechless. So how is he gonna represent me?

Judge O'Brien -> ok

Cleo Caban -> How is he gonna represent me when he can't even talk to me, after the events that had transpired?

Judge O'Brien -> Okay, well, um, I'm not gonna bring any motion. Uh, I want you, uh, to have a seat. All right, have a seat.

Cleo Caban -> I'm all set, Your Honor. I'll see you in court.

Judge O'Brien -> uh, Please Stop Mr. Caban. {officers stop that man}

ACPD Doe -> uh, Mr. Caban I'm gonna need you to stop

Judge O'Brien -> uh, Mr. Caban your bond is revoked. I'm gonna order a Mental Health Evaluation

ACPD Doe -> Stop. Stop. Stop. Stop. Okay. Let it go. Just...

Cleo Caban -> Are you guys arresting me? [Audible Laughter] Is everybody witnessing this? I'm being arrested because I have a voice.

Female Court Officer Doe -> Let me hold your stuff.

Cleo Caban -> Please don't touch me.

Female Court Officer Doe -> Put your stuff down.

Cleo Caban -> Lawyer. Please grab my stuff. Lawyer, get me out of this situation. Man. Why don't you touch them? I'm not. You're not gonna arrest me, sir.

Judge O'Brien -> Okay, Hamilton. All right, Hamilton's got to enjoy. Okay. go What time will that be? 9 a.m.? 3, uh, 8 or 3? 3:00 a.m. 9:00 for you. All right. Um, apologies to, uh, the court, um, things like this happen. Let's get back. Did I, I think I went through the traffic cases and success of the ones that were passed. Um All right, and... Let's get these 930s off the deck here. Oscar Enriquez. All right, Mr. Rodriguez is not present. I think that's where it gets me, you know? So I would ask, um, I have to pass the case or for a continuance. There's also an additional discovery here I need to request, which is a separate. Well, when did you talk to his father? Uh, I, this, this morning, actually. And he said he's going his way. He said that he made me on his way. Well, it's 45 minutes, almost 15 minutes late, right now. I'm gonna go ahead. authorizing KP is, if there was some confusion, we can always bring him in.

GRIEVANCE NUMBER

**ARLINGTON COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**
**AFFIDAVIT**

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[ ] Application or lack of application of facility policies and procedures.
[x] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: (signature) Inmate P #: 201243 Housing Unit: 11B/5C Today's Date: 11 FEB 25
(Please Print) C/EO CABAN

State your grievance clearly.

HAVING to SPEND 4 WEEKS IN A LICE infested AND BED BUG infested CELL Block 11B should be amended BY the Following Remedies: $100 Credit to OUR COMMISSARY ACCOUNTS; 2 NEW PAIR of SNEAKERS; 2 NEW Socks. 2 NEW LONG JOHN UNDERWEAR TOPS AND BOTTOMS; Unlimited SUBSCRIPTIONS to MUSIC, GAMES + MOVIES.

What have you done to resolve this issue before submitting this form?

The ACSO STAFF HAS ADVISED they could Do nothing aBout OUR CIRCUMSTANCES AND the only thing they could relay was to "Fill out A Grievance Form" AND GOOD Luck.

I hereby declare that the information reported is true and correct.

Signature (signature) Date 11 Feb 25'

**ACSO STAFF AREA ONLY**

Grievance Response:

Your grievance is being returned with **no action** because:

[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[x] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: E. Alpos Date of response: 2/13/25

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[ ] Application or lack of application of facility policies and procedures.
[X] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: [signature] Inmate P #: 201243 Housing Unit: 1B/5C Today's Date: 11FEB25
(Please Print) CLEO CABAN

State your grievance clearly.

HAVING TO SPEND 4 WEEKS IN A LICE INFESTED AND BED BUG INFESTED CELL BLOCK 1B SHOULD BE AMENDED BY THE FOLLOWING REMEDIES: $100 CREDIT TO OUR COMMISSARY ACCOUNTS; 2 NEW PAIR OF SNEAKERS; 2 NEW SOCKS; 2 NEW LONG JOHN UNDERWEAR TOPS AND BOTTOMS; UNLIMITED SUBSCRIPTIONS TO MUSIC, GAMES + MOVIES.

What have you done to resolve this issue before submitting this form?

THE ACSO STAFF HAS ADVISED THEY COULD DO NOTHING ABOUT OUR CIRCUMSTANCES AND THE ONLY THING THEY COULD RELAY WAS TO "FILL OUT A GRIEVANCE FORM" AND GOOD LUCK.

I hereby declare that the information reported is true and correct.

Signature [signature] Date 11Feb25

**ACSO STAFF AREA ONLY**

Grievance Response:

Your grievance is being returned with **no action** because:

[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[X] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: [signature] Date of response: 2/1?/2?

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

©0755

GRIEVANCE NUMBER N/C

**ARLINGTON COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**
**AFFIDAVIT**

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[✓] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: (Please Print) Cleo CABAN Inmate P #: 201243 Housing Unit: 11B/56 Today's Date: 10 Feb 25

State your grievance clearly.

If the ACPD Detention facility has in its possession my iphone 14 can a SGT please charge it and Grant me Access to a series of Contacts and their phone numbers as I have not memorized them? ① KARIN Porter (ATTY) 2. Mike Schmidt (FBI Special Agent) 3. Judy Lambert 4) FAIZAD (Zen) SEthoun (NGA Intelligence); 5) Jim Lynch (A.DA NYC).

What have you done to resolve this issue before submitting this form?

The ACSO STAFF have stated they are unable to assist and that I should fill out A Grievance Form.

I hereby declare that the information reported is true and correct.

**Signature** [signature] **Date** 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response: PLEASE SPEAK TO ZONE SUPERVISOR ABOUT PHONE NUMBERS FROM PROPERTY

Your grievance is being returned with **no action** because:

[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[✓] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: E. ALPOS Date of response: 2/12/25

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

GRIEVANCE NUMBER:

**ARLINGTON COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**
**AFFIDAVIT**

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: Cleo CABAN (Please Print) Inmate P #: 202413 Housing Unit: 11B/54 Today's Date: 10 Feb 25

State your grievance clearly.
Would it Be possible to amend the number of person's [redacted] (4) -> Before Being sent to the Weston-House State Mental Health Facility per. the court, the Judge Dr. Gouse, And the Dept. of Health + Human Services?

What have you done to resolve this issue before submitting this form?
The ACSO staff stated this Request was above their pay grade and I should use the Grievance form.

I hereby declare that the information reported is true and correct.

**Signature** [signature] **Date** 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response:

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[X] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: E. Arros Date of response: 2/13/25

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

a0755

GRIEVANCE NUMBER

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: Cleo CABAN (Please Print) Inmate P #: 201243 Housing Unit: 11B/5C Today's Date: 10 Feb 25

State your grievance clearly.
Would it Be Possible to amend the number of person's allowed to visit me in ACPD Jail from 3 to 5? My wife (Melissa), [redacted] (4) -> Before Being Sent to the Weston-House State Mental Health Facility per the Court, the Judge, D.C. Spouse, AND the Dept. of Health + Human Services?

What have you done to resolve this issue before submitting this form?
The ACSO staff stated this request was above their pay grade AND I should use the Grievance form.

I hereby declare that the information reported is true and correct.

**Signature** [signature] **Date** 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response:

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[X] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: C. [illegible] Date of response: 2/13/25

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

GRIEVANCE NUMBER ______

## ARLINGTON COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
## AFFIDAVIT

The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: (Please Print) Cleo CABAN Inmate P #: 20/243 Housing Unit: 11B/5C Today's Date: 10 Feb 25

State your grievance clearly. The Dept of Health & Human Services staff have FAiled w/their ABilities to adequAtley provide [CASE MGR] services Due to their lack of ProfessionAlism → When Asked Questions they Don't Know or Don't CAre to Answer → They say "We're" Moving to the next cell → Good Bye. The inmates have no idea what the DHS CivilIANS MeAn: Is there Anything You Need? → A StAndArdized list of Both tangible AND Non-tangibles

What have you done to resolve this issue before submitting this form? Should Be hANDED out to eAch inmate; so he/she Knows specific how the DHS CiviliAN CAN or CAN Not Assist while incArcerAted.

The ACSO STAFF have Advised that they Are Not Able to help with this type of issue AND to submit A GrievAnce.

I hereby declare that the information reported is true and correct.

**Signature** Cleo Cab

**Date** 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response: ______

Your grievance is being returned with **no action** because:

[X] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[X] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[X] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: [illegible signature] Date of response: 2/12/25

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

0755

GRIEVANCE NUMBER ______

**ARLINGTON COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**
**AFFIDAVIT**

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: (Please Print) Cleo CABAN Inmate P #: 201243 Housing Unit: 1B/5C Today's Date: 10 Feb 25

State your grievance clearly. The Dept of Health + Human Services staff have failed in their abilities to adequatley provide [CASE MGR] services due to their lack of professionalism → when asked question they don't know or don't care to answer → they say "we're" moving to the next cell, Good Bye! The inmates have no idea what the DHS civilians mean "Is their anything you need?" → A standardized list of both tangible and non tangibles should be handed out to each inmate; so he/she knows specifically how the DHS civilian can or can not assist while incarcerated.

What have you done to resolve this issue before submitting this form? The ACSO staff have advised that they are not able to help with this type of issue and to submit a grievance.

I hereby declare that the information reported is true and correct.

Signature: Cleo Cab[signature] Date: 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response: ______

Your grievance is being returned with **no action** because:

[X] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[X] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[X] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: [signature] Date of response: [illegible]

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

a0755

GRIEVANCE NUMBER 16806-19

# ARLINGTON COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
## AFFIDAVIT

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[✓] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: CLEO CAGAN Inmate P #: 20/273 Housing Unit: 5A Today's Date: 3/28/25
(Please Print)

State your grievance clearly. PLEASE Reimburse or Provide the Commissary items that were thrown out following the Quarentine of Lice And Bed Bugs that occured in Feb 2025 on Unit 11B-> Items include (2) M+M's And (1) Fish sticks in Hot Sauce. Also, please reimburse or Provide the most recent M+M's order As I was sent to the Western state hospital Before I was Able to recieve it.

What have you done to resolve this issue before submitting this form? I spoke w/ the Deputy And he told me to file A grievance As I Didn't have Any other option.

I hereby declare that the information reported is true and correct.

Signature [signature] Date 28. MAR 2025

**ACSO STAFF AREA ONLY**

Grievance Response: Thank you for bringing this matter to our attention. This will be looked into

Your grievance is being returned with **no action** because:

[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: Cpl Jordan 3190 Date of response: 4/2/2025

e0755

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

Property

GRIEVANCE NUMBER

**ARLINGTON COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**
**AFFIDAVIT**

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: Cleo LABAN (Please Print) Inmate P #: 201243 Housing Unit: 11B/54 Today's Date: 10 Feb 25

State your grievance clearly.

ON 16 JAN 2025 I WAS DETAINED in the court AND MY BELONGINGS WERE LEFT BEHIND in the court. CAN I please OBTAIN A COPY of MY PROPERTY that IS BEING SECURED BY the ACSO STAFF as MY VALUEABLES to include: iPhone 14, Black North FACE JACKET, SONY EAR BUDS, Grey SCARF, Blue shirt, socks, $40, Form #5, NATIONAL GEOSPATIAL Intelligence AGENCY BADGE, WALLET AND CREDENTIAL

What have you done to resolve this issue before submitting this form?

The ACSO STAFF ADVISED that ONLY a SGT CAN VIEW AND CONFIRM a DETAINEES PROPERTY.

I hereby declare that the information reported is true and correct.

Signature Cleo Lab— Date 10Feb25

**ACSO STAFF AREA ONLY**

Grievance Response: We spoke on 2/14/25 And You verified that you gave your Coat, IPhone, EarBuds + Credential's to your attorney Harris dennis.

Your grievance is being returned with **no action** because:

[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

The Items that the ACSO obtained was your clothing, 40$ cash, Form 5$ bill. A COPY of your Property will be Provided For you.

Staff Signature: [signature] Date of response: 2/14/2025

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0756

NÚMERO DE QUEJA: AH

OFICINA DEL ALGUACIL DEL CONDADO DE ARLINGTON
FORMULARIO DE QUEJA DEL PRESO
DECLARACIÓN JURADA

**La Oficina del Alguacil del Condado de Arlington investigará cualquier alegación razonable de mala conducta por cualquiera de su personal y/o resolverá cualquier queja legítima. No se tomará acciones contra un preso que utilice el procedimiento de quejas. Sin embargo, declaraciones, alegaciones, acusaciones falsas o engañosas pueden llevar al demandante a procedimientos disciplinarios y/o demandas civiles. Instrucciones e información adicional se encuentran en el manual del preso. Esta forma se debe completar correctamente, con fecha y firma del demandante y depositarla en el buzón de correspondencia.**

Razón de la queja (elija uno):

[ ] Una presunta violación al derecho civil/constitucional/estatuto o reglas.
[ ] Una presunta alegación criminal o acto prohibido por un miembro del personal de ACSO, aplicando injustamente las regulaciones y procedimientos de disciplina del Centro de Detención.
[X] Aplicación o falta del uso de procedimientos y normas del Centro de Detención.
[ ] Una acción que crea una situación insegura, inhumana o antihigiénica.
[ ] Negar o castigar por usar el procedimiento de queja.
[ ] Un presunto incidente alegando mala conducta sexual, contacto sexual, abuso sexual o acoso sexual.

Nombre del preso: Cleo CARAN No. del preso: 201243 Unidad de vivienda: 11B/56 Fecha: 10Feb25
(Escriba en letra imprenta)

Describa claramente su queja. The Dept. of Health And Human Services staff seemingly lack the competency to adequately meet the needs of myself and ACDF inmates in total. Please provide their direct line supervisors and those supervisors Bosses - First name, Last name, official Title, E-mail, phone and fax details - so a formal grievance can be sent to them along with their complete business mailing address.

Que ha hecho para resolver esta situación antes de presentar este formulario? The ACSO staff have advised that submitting a grievance form would be my only option.

Declaro que la información presentada es verdadera y correcta.
Firma: Cleo Ca Fecha: 10 Feb 25

**AREA DEL ACSO PERSONAL**

Respuesta a su queja:

*Su queja está siendo devuelto* **sin ninguna acción** porque:
[X] La queja no está completa o clara.
[ ] La queja no está firmada o tiene más de una firma. (Para queja de grupo, adjunte páginas adicionales).
[ ] La queja es una queja duplicada.
[ ] La queja es una solicitud de servicio o de referencia. Por favor, hable con el Oficial de su unidad para solicitar una forma de referencia.
[ ] La queja es una apelación a una decisión disciplinaria o de clasificación. Por favor, use la correcta forma de apelación.
[X] Otro: Su queja no reúne el criterio de quejas según el manual del preso.

Firma del personal: E. Arpos Fecha de la respuesta: 2/13/25

**Blanco** Coordinador(a) de Quejas
**Verde** Copia final del preso
**Amarillo** Supervisor

GRIEVANCE NUMBER N/A

## ARLINGTON COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
## AFFIDAVIT

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[X] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[ ] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
*[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.*

Inmate Name: Cleo CABAN (Please Print) Inmate P #: 201243 Housing Unit: 5A Today's Date: 3/31/25

State your grievance clearly. Please have DHS employees contact my court Appointed Attorney [MR. Harry Dennis III] @ Ext 1265# OR (703)-248-0626 And find my Test Results as passing the Mental Competency Evaluation from Western State Mental Hospital. Please have CASE MGR. Tell MR Harry Dennis III that I'd like to file A Bond-REInstatement Motion ASAP.

What have you done to resolve this issue before submitting this form?
I asked the Deputies And SGT. Alvira to assist in Delivering this msg. And was told that submitting a Grievance would help expedite these Motions.

I hereby declare that the information reported is true and correct.

**Signature** Cleo M. C. **Date** 3/31/25

**ACSO STAFF AREA ONLY**

Grievance Response: Please submit a request through your inmate service counselor

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[X] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

CNB/TD

Staff Signature: [illegible] SPO Date of response: 4/[illegible]/25

JV #1 184

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

a0755

GRIEVANCE NUMBER ______

# ARLINGTON COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM
### AFFIDAVIT

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name (Please Print): Cleo CABAN  Inmate P #: 201243  Housing Unit: 11B/56  Today's Date: 10 Feb 25

State your grievance clearly. The Court, Dept. of Human Health Services And the ACSO Medical Staff (Dr. Couse & NP Akamei) have recommended that I Be put on "Anti-Psychotic" medication And Sent to a state hospital. My Questions Are: What behaviours Am I exhibiting that the Anti Psychotic Drug will Minimize, Alleviate or Cure? What Specific Anti Psychotic medication to include Dosage, Frequency, Side Effects And Diagnoses (ie Mental Condition) have Been identified And the

What have you done to resolve this issue before submitting this form? I Asked the Dept. of Health And Human Services these Questions (As they were the ones to tell me. Another said "No idea / We're not Doctors." Reason this protocol has been taken despite No Documented evidence to substantiate these Methodologies?

I hereby declare that the information reported is true and correct.

Signature [signature]  Date 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response: PLEASE SPEAK TO YOUR ATTORNEY ABOUT BEING SENT TO STATE HOSPITAL

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[X] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: [signature]  Date of response: 2/13/25

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.

Reason for Grievance (you must choose one):

- [ ] An alleged violation of civil, constitutional or statutory rights or policy.
- [ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
- [x] Application or lack of application of facility policies and procedures.
- [x] An action that creates a situation that is unsafe, inhumane, or unsanitary.
- [ ] Denial to use, or punishment for using grievance procedure.
- [ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: C/leo CABAN (Please Print) Inmate P #: 201243 Housing Unit: 11B/5E Today's Date: 10 Feb 25

State your grievance clearly. The Court, Dept of Human + Health Services And the ACSO Medical Staff (Dr. Gouse + NP Akamei) have recommended that I Be put on "Anti-Psychotic" Medication And sent to A State hospital. My Questions Are: What behaviours Am I exhibiting that the Anti-Psychotic Drug will minimize, Alleviate or Cure? What specific Anti Psychotic medication to include Dosage, Frequency, Side Effects And Diagnosis (of mental condition) have I Been identified And the

What have you done to resolve this issue before submitting this form? Reason this protocol has been taken despite no documented evidence to substantiate these methodologies

I Asked the Dept. of Health And Human Services these Questions (As they were the ones to tell me; And they said "No idea/ We're NOT Doctors.)

I hereby declare that the information reported is true and correct.

Signature Cleo C. Date 10 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response: [illegible]

Your grievance is being returned with **no action** because:

- [ ] Grievance is incomplete or not clear.
- [ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
- [ ] Grievance is a duplicate grievance.
- [ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
- [ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
- [x] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: [illegible] Date of response: [illegible]

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

Records

GRIEVANCE NUMBER 166114 G

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.

Reason for Grievance (you must choose one):

[X] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[ ] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: Cleo CABAN (Please Print) Inmate P #: 201243 Housing Unit: 11B/5C Today's Date: 2/8/25

State your grievance clearly.
I posted Bond and was released after posting Bond Being arrested on Dec 23, 2024. On Wed. Jan. 15, 2025, I went to the 2nd Floor and filed a motion to represent myself (Pro Se') motion and was told to come back to Court on 16 Jan 25. On 16 Jan 25'. Chief Judge OBrien dismissed my motion, I had no further Business w/ the Court and was leaving the Court, and Judge OBrien to the Police officers to stop me from leaving the Court. She then yelled "Mental-Health" and "I'm Revoking your Bond!

What have you done to resolve this issue before submitting this form?
I spoke w/ SGT. Alvia and he advised that I submit a formal grievance citing Both the 4th Amendment of the Constitution where a citizen can be detained for psychiatric evaluation if he poses a threat to himself or others.

I hereby declare that the information reported is true and correct.

Signature Cleo Cab Date 2/8/2025

ACSO STAFF AREA ONLY The Question: How does filing a Pro Se' motion, equate to harming myself or others and the revocation my initial Bond?

Grievance Response: This grievance is not for the ACDF. Please reach out to your attorney or write the courts about your concern.

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: Mlyons S993 Date of response: 2/10/2025

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

GRIEVANCE NUMBER ______

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

**The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.**

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name (Please Print): Cleo CABAN Inmate P #: 201243 Housing Unit: 11B/5L Today's Date: 11 Feb 25

State your grievance clearly. The following are Questions that the court, the Dept. of Health + Human services; nor the court Appointed Attorney (H. Dennis III) have not been willing or Able to answer: Will Being sent to the Mental Health State hospital affect my accumulated time served; will any Future Court Dates Be Dismissed or Moved to A Diff. Date; AND what Appeals (AND to whom + when) CAN Be enacted to Delay, Hasten, or stop the transfer to the state Mental Hospital?

What have you done to resolve this issue before submitting this form? Altogether The Court, Judge AND Dept. of Health AND Human services Employees (MS. Gimp + MS. Lauren) have not responded to these Questions AND Harry Denniss III ESQ has no interest in communicating until I'm cleared from being in the Mental Health unit.

I hereby declare that the information reported is true and correct.

Signature: Cleo Caban Date: 11 Feb 25

**ACSO STAFF AREA ONLY**

Grievance Response: ______

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: ______ Date of response: ______

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

a0755

NUMERO DE QUEJA ____________

**OFICINA DEL ALGUACIL DEL CONDADO DE ARLINGTON**
**FORMULARIO DE QUEJA DEL PRESO**
**DECLARACIÓN JURADA**

**La Oficina del Alguacil del Condado de Arlington investigará cualquier alegación razonable de mala conducta por cualquiera de su personal y/o resolverá cualquier queja legítima. No se tomará acciones contra un preso que utilice el procedimiento de quejas. Sin embargo, declaraciones, alegaciones, acusaciones falsas o engañosas pueden llevar al demandante a procedimientos disciplinarios y/o demandas civiles. Instrucciones e información adicional se encuentran en el manual del preso. Esta forma se debe completar correctamente, con fecha y firma del demandante y depositarla en el buzón de correspondencia.**

Razón de la queja (elija uno):
[ ] Una presunta violación al derecho civil/constitucional/estatuto o reglas.
[ ] Una presunta alegación criminal o acto prohibido por un miembro del personal de ACSO, aplicando injustamente las regulaciones y procedimientos de disciplina del Centro de Detención.
[X] Aplicación o falta del uso de procedimientos y normas del Centro de Detención.
[ ] Una acción que crea una situación insegura, inhumana o antihigiénica.
[ ] Negar o castigar por usar el procedimiento de queja.
[ ] Un presunto incidente alegando mala conducta sexual, contacto sexual, abuso sexual o acoso sexual.

Nombre del preso: Cleo CABAN No. del preso: 201243 Unidad de vivienda: 4B/5C Fecha: 11 Feb 25'
(Escriba en letra imprenta)

Describa claramente su queja. The Court, Judge, Dept. Health + Human Services and the Court Appointed Attorney are not able or are unwilling to address the following Queries: Can I access the Final Report that Dr. Gouse' submitted to the Court and Judge stating my Mental Condition; the reason for my being considered for transfer to the Mental State Hospital and the need for N.P. Akunei to pre-scribe "Anti-Psychotic" Medication and why?

Que ha hecho para resolver esta situación antes de presentar este formulario? My Court appointed Atty (Harry Dennis III) will not contact me until I've been cleared as mentally competent to stand trial and he's been given enough time to review "Discovery" as he has not recieved them.

Declaro que la información presentada es verdadera y correcta.
Firma: [signature] Fecha: 11 Feb 25'

**AREA DEL ACSO PERSONAL**

Respuesta a su queja:

Su queja está siendo devuelto **sin ninguna acción** porque:
[ ] La queja no está completa o clara.
[ ] La queja no está firmada o tiene más de una firma. (Para queja de grupo, adjunte páginas adicionales).
[ ] La queja es una queja duplicada.
[ ] La queja es una solicitud de servicio o de referencia. Por favor, hable con el Oficial de su unidad para solicitar una forma de referencia.
[ ] La queja es una apelación a una decisión disciplinaria o de clasificación. Por favor, use la correcta forma de apelación.
[ ] Otro: Su queja no reúne el criterio de quejas según el manual del preso.

Firma del personal: ____________ Fecha de la respuesta: ____________

**Blanco** Coordinador(a) de Quejas
**Verde** Copia final del preso
**Amarillo** Supervisor

NUMERO DE QUEJA ______

# OFICINA DEL ALGUACIL DEL CONDADO DE ARLINGTON
## FORMULARIO DE QUEJA DEL PRESO
## DECLARACIÓN JURADA

**La Oficina del Alguacil del Condado de Arlington investigará cualquier alegación razonable de mala conducta por cualquiera de su personal y/o resolverá cualquier queja legítima. No se tomará acciones contra un preso que utilice el procedimiento de quejas. Sin embargo, declaraciones, alegaciones, acusaciones falsas o engañosas pueden llevar al demandante a procedimientos disciplinarios y/o demandas civiles. Instrucciones e información adicional se encuentran en el manual del preso. Esta forma se debe completar correctamente, con fecha y firma del demandante y depositarla en el buzón de correspondencia.**

Razón de la queja (elija uno):

[ ] Una presunta violación al derecho civil/constitucional/estatuto o reglas.
[ ] Una presunta alegación criminal o acto prohibido por un miembro del personal de ACSO, aplicando injustamente las regulaciones y procedimientos de disciplina del Centro de Detención.
[X] Aplicación o falta del uso de procedimientos y normas del Centro de Detención.
[ ] Una acción que crea una situación insegura, inhumana o antihigiénica.
[ ] Negar o castigar por usar el procedimiento de queja.
[ ] Un presunto incidente alegando mala conducta sexual, contacto sexual, abuso sexual o acoso sexual.

Nombre del preso: Lleo CABAN No. del preso: 201243 Unidad de vivienda: AB/5C Fecha: 11 Feb 25'
(Escriba en letra imprenta)

Describa claramente su queja. The Court, Judge, DHS Civilians, nor the Court Appointed ATTY. (H. Dennis III) have Been Willing or Able to address the Following: Can my Veteran Administration Psychiatrist from (FT. Belvoir) review Dr Gruse's assessment and provide a 2nd Opinion or Evaluation Before, During my transfer to A Mental-State Hospital and the Basis for Being Prescribed Anti-Psychotic MEDS?

Que ha hecho para resolver esta situación antes de presentar este formulario? The ACSO staff has deemed it more appropriate to submit a Grievance, As All other Communication channels have faltered.

Declaro que la información presentada es verdadera y correcta.
Firma: Lleo Cab— Fecha: 11 Feb 25'

**AREA DEL ACSO PERSONAL**

Respuesta a su queja:

Su queja está siendo devuelto **sin ninguna acción** porque:
[ ] La queja no está completa o clara.
[ ] La queja no está firmada o tiene más de una firma. (Para queja de grupo, adjunte páginas adicionales).
[ ] La queja es una queja duplicada.
[ ] La queja es una solicitud de servicio o de referencia. Por favor, hable con el Oficial de su unidad para solicitar una forma de referencia.
[ ] La queja es una apelación a una decisión disciplinaria o de clasificación. Por favor, use la correcta forma de apelación.
[ ] Otro: Su queja no reúne el criterio de quejas según el manual del preso.

Firma del personal: ______ Fecha de la respuesta: ______

**Blanco** Coordinador(a) de Quejas
**Verde** Copia final del preso
**Amarillo** Supervisor

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.

Reason for Grievance (you must choose one):

[ ] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[X] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: Cleo CABAN (Please Print) Inmate P #: 201243 Housing Unit: 11B/5C Today's Date: 10 Feb 25

State your grievance clearly. ON Feb 10, 2025 @ 10:20AM I Met with 2 Dep. of Health + HUMAN Services EMPloYees AND OFFICER Lewis (Witness). MS. LAURYN AND MS. GIMP refused to Address MY CONCERNS AND Answer Specific Questions BASED ON the "NEW" info re: MY CASE. InstEAD they Brushed Me OFF AND SAID "We're Moving to the Next inMAte." PlEASE READ the Attached PAPER with the list of Questions that I'D like ADDressed. See Attach PAPER

What have you done to resolve this issue before submitting this form? OFFicers Richardson, Lee, Lewis AND SGT. Alvia has been tremendous resources AND have been More helpful than the DH+H Services civilians.

I hereby declare that the information reported is true and correct.

Signature [signature] Date 10 Feb 25

* 4 ATTAched PAPers ARe Included AS PART of This Grievance *

ACSO STAFF AREA ONLY

Grievance Response: ______

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: ______ Date of response: ______

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

a0755

Cont Dept. Health+Human ATTACHED PAPERS 1 of 4 10-5-25
services (DHS)
Grievance-> Cleo CABAN | 201243 | 11/3/56
List of Questions For: DHS; Legal And Medical staff to Address

1.. Have they (DHS-> Employees; MS. LAUrYN. MS. Gimp; Ms. Kelsey. Mr. John) Contacted the Court Appointed Atty (MR. Harry Dennis) And related my Dis-satisfaction And utter lack of Faith in his Competence And Abilities o ADEQUALTLEY Represent me; And that his services ARE no longer REcquired As my Court Appointed ATTY (eg-> he's FIRED) And will Be Replaced By MS. KArin Porter (Price+Benowitz) of FairFAX, VA?
- Have the DHS civilians Googled "KAren Porter, Attorney, FAirFAX, VA" Notifying her that Mr. Cleo CABAN is in Dire need of her legal services, RE: An OBstruction of Justice And tresspassing charge; And that he would very much like to speak to her A.S.A.P. regarding his CASE?
3.. What specifically can DHS civilians Accomplish on my Behalf, that Qualifies them to Be my CASE Mgr? To DAte, Any question that's Been ASKED has Been rebuffed with An "I Don't Know"; "I can't do that" or "I'm not A lawyer or Medical Professional". This Being the case; Please DrAFT A Comprehensive List Detailing those individual tasks, asks, resources And tools that they are equipped with And At their Disposal; Along w/ the mechanisms in place so that they (or myself) CAN ACCESS And or Reach out to should either of them fail in their Competency And innate Abilities to ADEQUATLEY Address Any of my Questions, Grievances, Concerns or General Concerns?
4.. Please provide the First NAME, Last NAME, DHS Title, email, phone And FAX numbers For MS. LAUrYN; MS Gimp; Mr. John, And MS. Kelsey's first Line supervisors And that superiors Boss's contact information?
5A. When ASKED About my CASE, the DHS civilians told me that BASED solely on A single conversation w/ Dr. Gouse; the court has Deemed me unfit to stand trial And that I should Be sent to A state Mental Hospital And Be pre-scribed "Anti-Psychotic" "Medication (per Nurse Practitioner MR. AKAMEi) in the event I chose to stay Jailed in this JAil.
5B.. Considering, the FAct in 45 Yrs. I've never had Any Diagnosis from Any Mental Health clinician; And or my VA Psychiatrist (FT. Belvoir; Hospital) of Being "Anti-psychotic" or Recquiring "Anti-Psychotic" Drugs or have Ever Been Remanded to Any State Mental Hospital my follow up Questions for the DHS civilians (MS. LAUrYN + MS. Gimp) were the Following ->

Cont ->

Grievance → List of Questions For: DHS Civilians; Legal and Medical staff:

58. Continued Follow up Questions: Can I please access the final Report that Dr. Gouse' submitted to the Court; Judge, and Counsel → As A patient requiring Anti-Psychotic Drugs and the necessity for myself to be remanded to A mental state Hospital?

1. - Can I have Both my Psychiatrist and Lawyer (Ms. Karen Porter) review Dr. Gouse's opinion Before Being sent to the state Hospital?

2. What's the process of gaining A 2nd opinion and delaying the process of Being sent to A state Hospital?

3. Can my VA Psychiatrist conduct his own Psychiatric Evaluation and those findings Be factored into the motion By the Court and Judge's Decision to Keep me jailed; pre-scribed Anti-Psychotic Drugs and be sent to A state run Mental Hospital?

4. Which specific Anti-Psychotic Drug has the Court, judge and Dr. Gouse' identified that will assist in my Ability to be considered "Mentally-Fit" to stand trial; and not Be sent to A Hospital or jailed?

5. RE: this Anti-Psychotic Drug → what Dosage; frequency; side-Effects, and protocols associated with my Current Mental state has the Court, judge, and Dr. Grouse' Determined to Be Adequate Based on one short conversation that Dr. Grouse' and I shared?

6. What specific Diagnosis has the Court Labled myself as having; that would stipulate the need to Be pre-scribed this Anti-Psychotic Drug; and to Be sent to A state Hospital; Jailed and Considered Mentally unfit to stand trial?

7. - How long Does this Court, Judge, Dr. Grouse Deem Appropriate for the Drugs to Be consumed By myself and what Behaviours that I'm currently exhibiting while jailed in Arlington Detention Facility Do they forecast As minimizing and or Resolving?

8. What official Documentation Does the Judge, Court, DHS, Counsel and Dr. Grouse' have to substantiate my need; my Behaviour and my Mental in-Adequecies that speak to my treatment of Anti-Psychotic Drugs; Being remanded to A state Hospital; Being Jailed and not Being Mentally fit to Attend trial for the charges I've recieved?

CONT: DHS → Clo. CABAN | 201243 | HB | 5G 3 of 4 10 FEB 25
Grievance → List of Questions For: DHS Civilians; Legal And Medical Staff:

6.A Which Judge And Court Ruled in FAVOR of the motion to prescribe this New Anti-Psychotic Medication; protocol And specifically why was Protocol Recommended (seeing how very little interaction is Being used to justify the Anti-Psychotic Medication; Being sent to A state Run Mental Health facility, Being Detained in the Arlington Detention facility And Being Considered unfit to stand trial?

6.B Has the Court, Judge, DHS And or Legal Counsel Attempted to Contact the National Geospatial Intelligence Agency (NGA) to verify the Bona Fides Contained in my official NGA BADGE + Credential wallet?

7A.. Have my Credentials (NGA) Been identified as fraudulent or Real? If No; why not?

7B.. By simply Contacting The NGA's (Ft. Belvoir - Complex → North Campus) HR / Personnel Dept.; they CAN verify my Dates of Employment And what my Job title was while employed with said Agency?

8: How specifically will Being transferred to A state Hospital impact my cases Dealing with the Arlington Criminal Justice system:

1.. Will my time At the hospital or Jail Count towards time served?
2.. Will my pending Court Dates Be Dismissed or will there Be A new set of Court Dates that will Further my stay Behind BARS?
3.. What specific State Mental Hospital is the Court remanding me to And For how long will i Be there for?
4.. What Legal Appeals CAN Be set in Motion (And By whom) should be Contacted NOW that will Delay or Stop Altogether the moving to a State Run Hospital And Being jailed w/out Bond?

9.A What specific information; notes; Details Does each DHS Civilian employed here provide to the Court, the judge; the ACSO civilian (non DHS + DHS) staff; their supervisors related to my case, my well Being And Interactions with them And my interactions with other inmates?

9.B Please provide each Report; specific Form(s); their official NAMES And where Applicable when each Form was revised to ensure proper Documentation is Adequately Being recorded And Annotated.

Cont. →

Cont: DHS - Cleo CABAN | 20(243) 118) 5c 4 of 4

Grievance → List of Questions For: DHS Civilians; Legal And Medical Staff

10.. With relation to my Personal Property:

→ Black North Face Jacket
→ iphone 14
→ Sony Ear Buds
→ Grey Scarf
→ Blue Button Down Shirt
→ Blue Jeans
→ Socks
→ NGA Badge + Credentials
→ #40
→ Sneakers

Who has these items ALPD or Mr. Harry Dennis?

11.. Can I please have a SGT (Alvin) or who ever is in charge; please charge my iphone (if it's Property) And provide me access to it, so that i may write down pertinent Contacts required to facilitate my Legal Proceedings moving fwd.

12.. Please Document in my case File that my wife Melissa CABAN [redacted] will be without their [illegible] And my not Being their will Drastically Affect their Well-Being As we have no Family in the Area.

Signed, Cleo CABAN

Records

GRIEVANCE NUMBER: 166114 G

ARLINGTON COUNTY SHERIFF'S OFFICE
INMATE GRIEVANCE FORM
AFFIDAVIT

The Arlington County Sheriff's Office will investigate any reasonable allegation of misconduct by any of its staff or resolve any legitimate complaint. There shall be no action taken against an inmate who utilizes the grievance procedure. However, false or misleading statements, allegations, or accusations may subject the complainant to disciplinary procedures and/ or civil suits. Instructions and further information is contained in the Inmate Handbook. This form must be properly filled out, signed and dated by the complainant and placed in the inmate in house mailbox.

Reason for Grievance (you must choose one):

[X] An alleged violation of civil, constitutional or statutory rights or policy.
[ ] An alleged criminal or prohibited act by an ACSO staff member, to include unjust enforcement of facility rules and discipline procedures.
[ ] Application or lack of application of facility policies and procedures.
[ ] An action that creates a situation that is unsafe, inhumane, or unsanitary.
[ ] Denial to use, or punishment for using grievance procedure.
[ ] An alleged incident of sexual misconduct, sexual contact, sexual abuse, or sexual harassment.

Inmate Name: Cleo CABAN (Please Print) Inmate P #: 201243 Housing Unit: 11B/5C Today's Date: 2/8/25

State your grievance clearly.
I posted Bond and was released After posting Being arrested on Dec 23, 2024. On Wed. Jan. 15, 2025, I went to the 2nd Floor And Filed a Motion to represent myself (Pro Se') motion And was told to come back to Court on 16 Jan 25 On 16 Jan 25'. Chief Judge OBrien Dismissed my motion, I had no further Busin[ess] w/ the Court and was leaving the Court, And Judge OBrien to the Police oFFicers to stop me from leaving the Court. She then yelled "Mental-Health" And "I'M Revoking Your Bond!

What have you done to resolve this issue before submitting this form?
I spoke w/ SGT. Alvia and he Advised that I Submit A Formal grievance citing Both the 4th Amendment of the Constitution where a citizen can be detained for Psychiatric Evaluation if he poses A Threat to himself or others.

I hereby declare that the information reported is true and correct.

Signature: Cleo Cab Date: 2/8/2025

The Question: How Does Filing A Pro Se' Motion, Equate to harmin[g] myself or others And the revocation my intial Bond?

ACSO STAFF AREA ONLY

Grievance Response: This grievance is not for the ACDF Please reach out to your attorney or write the courts about your concern.

Your grievance is being returned with **no action** because:
[ ] Grievance is incomplete or not clear.
[ ] Grievance is not signed/has more than one signature. (For group grievance, attach additional page(s))
[ ] Grievance is a duplicate grievance.
[ ] Grievance is a service request or referral. Please see your Housing Unit Deputy for a referral form.
[ ] Grievance is an appeal of a disciplinary/classification decision- Please use the correct appeal form.
[ ] Other: Grievance does not meet criteria for grievable issue per Inmate Handbook.

Staff Signature: M[illegible] S993 Date of response: 2/10/2025

White - Grievance Coordinator
Green - Returned to inmate with response
Yellow - Section Supervisor

#0755

IN THE ARLINGTON COUNTY GENERAL DISRICT COURT

Commonwealth of Virginia
v.
Cleo Caban

Hearing Date/Time: 4/17/25 3A 9am

Harry Dennis
Defense Attorney/VSB No.

| Case Number | Original Charge | Amended Charge | Nolle Prosequi? |
|---|---|---|---|
| | Poss. Sch. 1/2 | Poss. Sch. 3 | |
| | Obstruction | Same | |
| | Trespass | | x |

I understand the charge(s) against me, have read this form, and understand the following:

That by entering a plea, I am giving up my right to a trial, including the right to hear from and question the witnesses against me, and the right to avoid being required to give evidence against myself. I have not been promised anything other than what is contained in this document. I have not been forced or threatened into entering this plea.

That, if I am waiving my right to appeal to the Circuit Court, where I would have the right to a trial de novo and a right to a trial by jury, I understand I am also waiving such rights.

That if I am not a citizen of the United States, and I enter this plea and am found to be guilty, there may be consequences of deportation, exclusion from admission into the United States, or denial of naturalization pursuant to the laws of the United States.

After considering the above advisement and after discussion with my attorney (if I have one), I freely and voluntarily plead:

D/C COPY

[x] **Guilty**

Defendant's Signature

Defense Attorney's Signature

**AGREED DISPOSITION**

[ x ] ~~Agreed Sentence~~

[ x ] Waiver of appeal

[ x ] Jail Sentence of 180 days with 160 days suspended, on each, consecutive, of which 0 days are mandatory minimum

[ x ] 12 months of CCU probation with a focus on substance abuse, via evaluation and any recommended treatment, as well as a focus on mental health, via evaluation with any recommended treatment

[ x ] No use of alcohol or drugs without a prescription.

[ x ] Random urine screens with CCU to ensure abstinence

[ x ] General Good Behavior for 12 months

Recommended by: Am (Prosecutor's Initials) Date: 4.17.25

# ARLINGTON COUNTY GENERAL DISTRICT COURT
# CONDITIONS OF SUPERVISED PROBATION

To: **Cleo Caban** Case Numbers: **GC24001338-00; GC24007185-00**
Under the provision of Section 19.2-303.3 of the Code of Virginia. On **April 17, 2025,** Judge **Jason S. Rucker** of the **Arlington County General District Court** placed you on probation for **Twelve (12) Months**. Offenses: **Obstruction/Resist & DRUGS: Possess SCH III** Sentence: **180 Days Imposed; 160 Days Suspended** Supervised Probation Expiration Date: **April 16, 2026.**

Special Conditions ordered by the Court are:

1) General Good Behavior
2) Waive Appeal
3) Pay court costs in the amount of $736.00 by April 17, 2025
4) Complete a mental health evaluation and follow treatment recommendations
5) Complete a substance abuse evaluation and follow treatment recommendations
6) Comply with random urine screens
7) No Alcohol or Drug Usage
8) Report or Call CCU within 24 hours of release

Probation Conditions are as follows:

1. I will obey all Federal, State, and Local laws and ordinances.
2. I will report any contacts with law enforcement authorities, including arrests and/or traffic tickets within 3 days to my Probation Officer.
3. I will maintain regular employment and I will notify my Probation Officer promptly of any changes in my employment.
4. I will attend appointments with my Probation Officer as scheduled.
5. I will permit my Probation Officer to visit my home and place of employment.
6. I will follow my Probation Officer's lawful instructions and will be truthful and cooperative.
7. I will not use alcoholic beverages to the extent that it disrupts or interferes with my employment or orderly conduct.
8. I will not unlawfully use, possess, or distribute controlled substances or related paraphernalia. I will comply with alcohol/drug testing as instructed by my Probation Officer.
9. I will inform my Probation Officer within 3 days of any change in my current address and/or telephone number. I will not leave the State of Virginia or travel outside of a designated area without permission of my Probation Officer. I will not abscond from supervision.
10. I will obey any other conditions as directed by my Probation Officer.

You are being placed on Supervised Probation subject to the conditions listed above. The Court may revoke or extend your probation.

I have read the above, and/or have had the above read and explained to me, and by my signature or mark below acknowledge receipt of the Conditions of Probation and agree to the conditions set forth.

[signature] 30 April 2025
Probationer Date

[signature] 04/30/2025
Probation Officer Date

Cleo Caban 5/21/2025
Probationer Date

[signature] 5/21/25
Probation Officer Date

PRINCE WILLIAM COUNTY

Criminal Justice Services
Tomaudrie B. Thomas, Acting Director

April 28, 2026

RE: Cleo Caban

Mr. Caban was placed on local probation by the Arlington County General District Court on 4/17/25 for Obstruct and Possession of Schedule III Drug. Supervision of his case was then transferred on 5/6/25 to Prince William County where he resides. While on supervision, Mr. Caban completed the Men's Level I Group through the Prince William County Community Services Board (on 9/4/25). All drug screens taken by this officer (x 9) were negative for illicit substances. And his case was closed and returned to Arlington on 4/22/26 upon completion of his supervision. Mr. Caban presented no problems while on supervision.

Sincerely,

Thomas M. Beattie, MA
Probation Officer
Prince William County CJS

Gmail

Cleo Caban <cleocaban@gmail.com>

# Notice of Intent to Contact Media Regarding Request on Judicial and Law Enforcement Misconduct

**Cleo Caban** <cleocaban@gmail.com> Tue, Aug 6, 2024 at 11:43 AM
To: Arlington GD Court <arlingtongd@vacourts.gov>

**Subject: Request for Motion for Leave to File a Late Appeal Due to Special Circumstances**

Good Morning Brian,

Apologies for the delayed response; we hope this email finds you well.

I am writing to request guidance on filing a motion for leave to file a late appeal due to special circumstances regarding my traffic case (Case Number: GT24004055-00, Ticket Number: E0205569).

Due to the recent passing of my father on June 20, 2024, after a prolonged battle with cancer, I was unable to meet the original 60-day appeal deadline from May 8, 2024. His illness and my responsibilities in caring for him and managing subsequent affairs significantly impacted my ability to adhere to the deadline.

I understand from your previous email that all e-filings should be submitted through the eFiling system. I will prepare my motion and supporting documents for submission. Could you please confirm if there are any specific forms or additional documentation required to process a motion for leave to file a late appeal?

I appreciate your understanding and assistance in this matter.

Thank you for your time and consideration.

Sincerely,

Cleo Manuel Caban
[Email Address]
[Phone Number]

--
--
Cordially,
Cleo Caban
(C): 202. 330.2466

On Thu, Jun 20, 2024 at 6:57 AM Arlington GD Court <arlingtongd@vacourts.gov> wrote:

> Ms. Caban,
>
> Please submit all e-Filings through our eFiling system regarding your case through the Traffic portion of the eFiling system. This e-mail is reserved for general questions or assistance within the eFiling portal and is not considered a submission.
>
> https://www.arlingtonva.us/Government/Departments/Courts/General-District-Court/GDC-e-Filing

Resepctfully,

Brian P. Henshaw

Clerk of Court

Cellphones and electronic devices are prohibited in the courthouse.

The information contained in this email and any attachments may be confidential and protected by privilege.
Access to this email by anyone other than the intended recipient is unauthorized. If you are not the intended
recipient (or his/her authorized agent responsible for delivering this information to the intended recipient),
please notify the sender by reply email and immediately delete this email and any attachments without reading,
copying, saving, or forwarding it to others.

No representation is made that this email and any attachments are free of viruses.
Virus scanning is recommended and is the responsibility of the recipient.

---

**From:** Cleo Caban <cleocaban@gmail.com>
**Sent:** Tuesday, June 18, 2024 10:49 PM
**To:** Arlington GD Court <arlingtongd@vacourts.gov>
**Subject:** Notice of Intent to Contact Media Regarding Request on Judicial and Law Enforcement Misconduct

EXTERNAL EMAIL

THIS MESSAGE ORIGINATED FROM AN EXTERNAL ADDRESS. USE CAUTION CLICKING ON ANY LINKS OR DOWNLOADING ANY ATTACHMENTS

To: Arlington County General District Court
1425 N. Courthouse Rd.
Arlington, VA 22201

**RE: The following cases:**

1. Cleo Caban v. Commonwealth of Virginia, Case No. [**2024-03090217**] / Offense Tracking Number [**013GM2400003592**].
2. Offense Tracking/Processing No. [**013GT2400405500**] / Summons No. [**E0205569**]

**Dear Clerk’s Office,**

We hope this message finds you all well. We're writing to formally notify you of our intent to contact media outlets regarding our Arlington County Traffic and Criminal Cases and our Clerk's office requests. These requests pertains to potential professional misconduct within the Arlington County judicial system, involving judges, prosecuting attorneys, and police officers.

**We are submitting a request seeking comprehensive records on all cases involving the following judges at any capacity since their inception into the United States Judicial System:**

1. Hon. Ronikka Katrice Lartey
2. Hon. Jason S. Rucker
3. Hon. Cari Michele Steele
4. Hon. Robin L. Robb Kendrick
5. Hon. Romaine Frances O'Brien

Additionally, we are requesting records on all cases involving the Commonwealth Prosecuting team of attorneys handling criminal felony charges and traffic violations, both current and past.

**Purpose:**To gather evidence to assess whether there have been instances of unfair or biased treatment by these judicial and law enforcement officials.

Specifically, we are investigating potential unlawful practices targeting various community members, including Black, Hispanic, Asian, Caucasian, Arab, Diplomatic populations and those individuals with political pull, wealthy vs. poor and everyone in-between.

**Media Involvement:** In the interest of transparency and accountability, We intend to collaborate with reputable news outlets to bring this matter to public attention. By doing so, We aim to ensure that any instances of misconduct are thoroughly investigated and that appropriate measures are taken to maintain public trust in our judicial system.

**In addition to contacting media outlets, we will also be notifying:**

- **Arlington County Internal Affairs:** To ensure any potential police misconduct is investigated thoroughly.
- **Local Bar Association:** To address any concerns regarding the conduct of prosecuting attorneys.
- **Judicial Inquiry and Review Commission (JIRC):** The body responsible for overseeing judicial misconduct in Virginia, to ensure that any potential judicial improprieties are reviewed and addressed appropriately.

**Request for Cooperation:** We kindly request your full cooperation in processing this request promptly as all communication is being documented and may be used in support of any civil suits that may arise based on our findings.

Also, be aware that we've received positive feedback on making a comprehensive documentary showcasing how Arlington Counties Judicial Staff comprised of Judges, Commonwealth Attorneys and Police Officers are comprised of:

**Scenario 1** – *Highly competent professionals that exceed the standards outlined by the United States Constitution.*

**or**

**Scenario 2** – *Grossly incompetent personnel that need a decisive course-correction to include imprisonment, fines and or being disbarred as a result of their egregious misconduct and failure to uphold the oaths they've sworn to uphold as outlined by the United States Constitution.*

If there are any delays or additional requirements needed to fulfill this request, please inform me at your earliest convenience.

Furthermore, if there are any fees associated with processing this request, I am prepared to cover them, and I ask to be informed if the costs will exceed a certain amount.

**My Contact Information:**
Please feel free to reach out to me at cleocaban@gmail.com or +1 202 330 2466 should you need any further information or clarification regarding this request.

Thank you for your attention to this matter and your assistance in ensuring the integrity of our judicial system.

Best regards,
Cleo Caban

---

**Cleo.Caban - ACPD - Formal Appeal.pdf**
127K

Gmail

Cleo Caban <cleocaban@gmail.com>

**[Records Center] Police Records Request :: P003262-051825**

**Arlington County FOIA Center** <arlingtoncountyva@govqa.us> Tue, May 20, 2025 at 2:05 PM
To: "cleocaban@gmail.com" <cleocaban@gmail.com>

--- Please respond above this line ---

ARLINGTON
VIRGINIA

RE: Police Records Request of May 18, 2025, Reference # P003262-051825

Dear Cleo Caban,

The Arlington County Police Department received a public records request from you on May 18, 2025. Your request mentioned:

*Subject: FOIA Request for Records Related to Incident on December 23, 2024, and Court Proceedings on January 16, 2025*

*To: FOIA Officer*
*Arlington County Police Department / Arlington County Courts*
*Email: FOIAofficer@arlingtonva.us*
*Date: 18 May 2025*

*Dear FOIA Officer,*

*Pursuant to the Virginia Freedom of Information Act (Va. Code § 2.2-3700 et seq.), I, Cleo Caban, respectfully request access to and copies of the following records:*

---

*A. December 23, 2024 Incident (Arlington County Police Department):*

*1. All body-worn camera footage from officers present during the arrest.*
*2. Dash cam footage of police vehicles on the scene.*
*3. All related incident reports, arrest reports, and use-of-force documentation.*
*4. Names, badge numbers, and disciplinary records (if any) for involved officers, especially Officer J. Laprise (Badge #1824) and any other personnel present.*
*5. Internal communication (email/text logs) referencing the arrest and/or Cleo Caban on or around Dec 23, 2024.*

*6. Case No: GC24007186-00 | Offense Tracking/Process #: 013GM2400019435*
*7. Case No: GC24007185-00 | Offense Tracking/Process #: 013GM2400019434*

———

*B. January 16, 2025 Court Hearing (Arlington County Courts):*
*1. Audio/video footage of the courtroom proceedings involving Judge O'Brien and Bailiff McCue on Jan 16, 2025.*
*2. The Pro Se Motion filed by Cleo Caban seeking access to evidence.*
*3. Transcript of the motion hearing, particularly any statements made by Judge O'Brien revoking bond or ordering mental health evaluation.*
*4. All detention and medical/psychological evaluation orders issued on or following that hearing.*
*5. Any court filings, psychiatric assessments, or transportation logs involving my forced commitment to Western State Mental Hospital.*

———

*I request these records in electronic format (email or secure cloud link). Please notify me in advance if the total cost of fulfilling this request will exceed $50, or if further clarification is required.*

*Thank you for your timely attention to this matter.*

*Sincerely,*
*Cleo Caban*
*1770 Rockledge Terr*
*Woodbridge, VA 22192*
*M: 202-330-2466*
*E: cleocaban@gmail.com*

In reference to Part A of our request:

Please be advised that criminal investigative files relating to criminal investigations or prosecutions that are not ongoing are exempt from release under FOIA except to certain enumerated individuals listed in Virginia Code § 2.2-3706.1(D). Accordingly, the files that you have requested are exempt from release and the total volume of records withheld are 409.

Please be advised that the following exemptions are applicable to all or a portion of the records requested:

- Virginia Code 2.2-3706(B)(9), which exempts records of (i) background investigations of applicants for law-enforcement agency employment, (ii) administrative investigations relating to allegations of wrongdoing by employees of a law-enforcement agency, and (iii) other administrative investigations conducted by law-enforcement agencies that are made confidential by law

Pursuant to Virginia Code Section 2.2-3706(A)(2), I am providing the following criminal incident information or summary for the incident:

| | |
|---|---|
| Arrestee: | Caban, Cleo Manuel |
| Offense Date: | 12/23/2024 |
| Charge: | Trespassing |
| | Obstruction of Justice |
| Charge Status: | Closed |

Please visit the Virginia Judiciary - Online Case Information System website for additional court case information.

In reference to Part B of your request:

Please be advised our office does not maintain these records. Please contact Arlington County General District Court to request responsive records.

Sincerely,

Melissa Dale
Arlington County Police Department

---

To monitor the progress or update this request please log into the FOIA Center

Powered by GovQA

Connected to Printer: Arl Co P81
at Address: 94917FFD118B

# VIRGINIA UNIFORM SUMMONS

Arlington County Police Department SUMMONS NO. E0205569

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF / COUNTY OF)
ARLINGTON COUNTY

[X] GENERAL DISTRICT COURT (TRAFFIC)
[ ] GENERAL DISTRICT COURT (CRIMINAL)
[ ] JUVENILE & DOMESTIC RELATIONS DISTRICT COURT
[ ] ADVISEMENT

1425 North Courthouse Road
Arlington, VA 22201
ADDRESS

ON MAY 8, 20 24 AT 09:00 [X] A.M. [ ] P.M.

FOR VIOLATION OF

VA CODE 18.2-272(B) LOCAL CODE 142-1

DESCRIBE CHARGE: Citation -
DRIVE W/SUSP/REV/REST-BAC>.02

COMMERCIAL MOTOR VEHICLE [ ] YES [X] NO
HAZARDOUS MATERIALS [ ] YES [X] NO
RESULTED IN FATALITY [ ] YES [X] NO
HIGHWAY SAFETY CORRIDOR [ ] YES [X] NO

VCC: DWI-5440-O1

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW.

SIGNATURE

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT / LEGAL GUARDIAN).

[ ] YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL 703-228-7900 IF MORE HELP IS NEEDED.

NAME LAST: CABAN FIRST: CLEO MIDDLE: MANUEL

RES. ADDRESS: 1770 ROCKLEDGE TERRENCE RES. JURIS.: VIRGINIA

CITY/TOWN: WOODBRIDGE STATE: VA ZIP: 22192

RACE: B SEX: M [redacted] 979 HT. FT. 6 IN. 00 WGT. 175 EYES: BRO HAIR: BAL

DL/CDL# (IF C[redacted]SE OR NO LICENSE USE SSN)

CDL HOLDER [ ] YES [redacted] STATE: VA

VEH YEAR: 2020 MAKE: HOND TYPE: Passenger GRAY LICENSE NO: UWU8243 YEAR: 2024 STATE: VA

JURISDICTION OF OFFENSE: ARLINGTON COUNTY DATE OF OFFENSE: 03/09/2024 DAY OF WEEK: SAT TIME: 0:18 A.M. P.M.

DIRECTION: S ACCIDENT YES NO X WEATHER: CLEAR/CLOUDY ROUTE NUMBERS/STREET

LOCATION OF OFFENSE: S HAYES ST AT 15TH ST S

ARREST DATE: 03/09/2024 ARREST LOCATION: SAME AS ABOVE

OFFICER: M BAKER UNIT CODE/BADGE NO: 1958

MAILING ADDRESS: [X] SAME AS ABOVE [ ] CHANGE FROM DL
P.O. BOX/STREET CITY/TOWN STATE ZIP

**Towed Vehicle Receipt**

Arlington County Police Department
1425 N Courthouse Road
Arlington, VA 22201
703-228-4031

Incident No.: 2024-03090217 Date/Time: 03/09/2024 10:37 PM

**Vehicle**

Veh Yr: 2020
Color: GRAY
Make: HONDA
Type: Passenger vehicle
Veh Tag: UWU5243
VIN: 5FNRL6H7XLB071442
Model: ODYSSEY
State: VA
Mileage:
Reg Exp:

Tow Reason: Arrest
Tow Result: Vehicle Towed
Towed From (Location):

S HAYES ST
ARLINGTON VA

Inventoried By: Baker
Parking Ticket #:

Driver Present: Yes
Vehicle Released at Scene: No

Tow Co: Redmans
Towed to: REDMAN FLEET SERVICES I
4000 S. Four Mile Run Dr.
Arlington, VA 22206
703-550-0080
Tow Truck LP:

Vehicle Received by:

Owner Signature: ____________________

Drivable: Yes

**30 Day Immobilization**

Violation of Virginia Code 46.2-301.1 (Operate a vehicle while license, learner's permit, or privilege to drive has been either (1) suspended or revoked for driving while intoxicated or for driving after being adjudicated a habitual offender, when that adjudication was based at least in part upon an alcohol-related offense; or (2) when the license has been administratively suspended pursuant to Virginia Code 46.2-391.2

☐ Yes ☒ No

I certify that I have received a copy of this notice

Tow Company Representative: [signature]

Storage Lot Location:
Redman Fleet Services Inc.
4000 S. Four Mile Run Dr.
Arlington, VA 22206

Officer: Corporal Good 1753

Special Conditions for Release
Location of Ignition Key: Car

**INVENTORY**

| | | |
|---|---|---|
| Item: Child Seat | Qty: 1 | Loc: Trunk |
| Item: Child Seat | Qty: 2 | Loc: Trunk |
| Item: Child Seat | Qty: 5 | Loc: Trunk |

**CONDITION**

Gmail **Cleo Caban <cleocaban@gmail.com>**

---

# Motion to Compel Production of Search Warrant and Additional Questions Regarding Officer Baker's Actions

---

**Francis Webb** <fwebb@arlingtonva.us> Mon, Oct 21, 2024 at 2:56 PM
To: Cleo Caban <cleocaban@gmail.com>
Cc: Melayna Brown <mbrown5@arlingtonva.us>

Mr. Caban:

So, as you know as a *pro se* party, you are obliged to follow all of the rules of Virginia Criminal procedure. Notice (by copy of any filing) is a threshold rule to follow with practice with a case in Court. Nevertheless, thank you for sending me your motion/email.

Turning to the substance:

There was/is no warrant for your vehicle's search because it was searched as an inventory search. Since inventory searches are done both to protect your property, to protect the police from anything dangerous in the vehicle, and to protect the public from anything dangerous in your car being stolen and ending up back in the community, it is reasonable under the 4th Amendment and precedent before the US Supreme Court and our Virginia Supreme Court.

Regarding your follow-up questions:

1. I am not aware of any technology items located in the vehicle, but I've requested anything placed into property regarding this case with the folks who manage that part.
2. 8 Car seats? I don't recall seeing anything about car seats at all, never mind 8 of them. Sounds like maybe a typo/glitch?
3. A search for the evidence of crime must be supported by probable cause, a search warrant, or exigent circumstances – an inventory search is conducted when police must lawfully seize property to take for safekeeping as part of their community caretaker function. So, for example, when a vehicle must be towed because it is parked unlawfully, it must be searched. When a person is arrested with a backpack on them when they're wanted for something else, the backpack must be search prior to be placed into property.
4. He issued you a citation for a traffic offense, not a driving while intoxicated misdemeanor – for which he would have had to arrest you and take you to the station for breath or hospital for blood. He said you were not "dui" and he didn't charge you with that. However, he did issue you a traffic citation, within his discretion based on the available evidence.

Any word regarding getting yourself to see a license clinical social worker, Mr. Caban?

-Frank

---

**From:** Cleo Caban <cleocaban@gmail.com>
**Sent:** Wednesday, October 16, 2024 11:13 AM
**To:** Francis Webb <fwebb@arlingtonva.us>

**Cc:** Melayna Brown <mbrown5@arlingtonva.us>
**Subject:** Motion to Compel Production of Search Warrant and Additional Questions Regarding Officer Baker's Actions

**EXTERNAL EMAIL**

[Quoted text hidden]

ARLINGTON
VIRGINIA

Arlington County Department of Human Services
1435 North Courthouse Road, Arlington, VA 22201
Division of Behavioral Health Care
(P) 703-228-7364 (F) 703-228-4346
www.arlingtonva.us

April 14th, 2025

The Presiding Honorable Judge of the
Arlington General District Court
1425 N. Courthouse Road
Arlington, Virginia 22201

**Re: Cleo Caban**
**Court date: 4/15/2025**

Dear Presiding Judge,

I am a Behavioral Health Therapist at the Arlington County Department of Human Services (DHS). In this role, I provide clinical discharge planning assistance to individuals suspected of having a severe mental illness and returning to Arlington County Detention Facility (ADCF) from Western State Hospital (WSH).

Discharge planning is a voluntary service offered to all clients discharged from WSH. Therefore, each discharge plan's treatment and housing recommendations are entirely voluntary. The discharge planner works with the client to develop a plan based on each client's willingness to coordinate housing options and mental health treatment. As a result, created discharge plans are not designed to argue bonds or ensure compliance with bond conditions.

Upon release, Mr. Cleo Caban will be cabbed to his residence located at 1770 Rockledge Terrace Woodbridge, VA 22192. Mr. Caban will be re-connecting with VA services at the Fort Belvoir location where he receives mental health and medication management services. To support continuity of care, Mr. Caban will be provided with a two-week supply of medications prior to release to ensure medication adherence as he transitions into the community.

Please feel free to contact me at (703) 228-4870, if you have any further questions or concerns.

Respectfully Submitted,

*Andre Buffington* ______________________ 04/14/2025
Date

Andre Buffington, MA, QMHP-A,
Forensic Discharge Planner
Resident in Counseling

Cc: Elizabeth Tuomey, Office of the Commonwealth Attorney
Rachel Collins, Defense Attorney

# COMMONWEALTH of VIRGINIA

NELSON SMITH
COMMISSIONER

*DEPARTMENT OF*
*BEHAVIORAL HEALTH AND DEVELOPMENTAL SERVICES*
Post Office Box 1797
Richmond, Virginia 23218-1797

Telephone (804) 786-3921
Fax (804) 371-6638
www.dbhds.virginia.gov

08/15/2026

Cleo Manuel Caban
1770 Rockledge Terrace
Woodbridge, Virginia 22192
Email: cleocaban@gmail.com

Dear Mr. Caban

DBHDS has received and reviewed your Freedom of Information Act request seeking:

10. All clinical documentation supporting the decision to prescribe Olanzapine, including any judicial order or findings under Sell v. United States, 539 U.S. 166 (2003), if one exists; if none exists, please so state.

I have searched your entire electronic health records and there are no judicial orders or findings that relate to the Sell v. United States, 539 U.S. 166 (2003) in reference to Olanzapine medication. We have released your MARS (medication list), which was part of your medical records request. This was sent on 8/14/26 electronically by the form of email at your request.

If you feel that this is not correct, please contact me by email or phone.

Sincerely,

Teresa Dudley
Privacy and FOIA Officer
540-332-8267

| | | |
|---|---|---|
| 2024 | TRS 5709 M1 | 18.2-119 |
| | Description: TRESPASS AFTER FORBIDDEN | |
| | | |
| | Description: | |
| | | |
| | Description: | |
| | | |
| | Description: | |
| | | |
| | Description: | |

charges is attached and incorporated.

d [ ] Not Authorized

[ ] Secured Bond [ ] Unsecured Bond [ ] Recogniza

[ ] Custody and Supervision of Pretrial Services Agency

[ ] Third-Party Custody and Supervision

e in Existing Amount of Bond [ ] Amend Bond to $ ..........................

out Bail [ ] No change in Existing Bail Conditions

leave the Commonwealth of Virginia [ ] may [ ] may not leave ..........

eening [ ] Submit to Drug/Alcohol Testing [ ] Comply with a Cur

..........................................................................................

earm, Destructive Device, Dangerous Weapon

of Alcohol [ ] Refrain from Use of Illegal Drugs/Controlled not Prescribed by a Health Care Provider

| | | |
|---|---|---|
| 3/2024 | TRS-5709-M1 | 18.2-119 |
| | Description: TRESPASS AFTER FORBIDDEN | |
| | | |
| | Description: | |
| | | |
| | Description: | |
| | | |
| | Description: | |
| | | |
| | Description: | |

al charges is attached and incorporated.

zed [ ] Not Authorized

.. [ ] Secured Bond [ ] Unsecured Bond [ ] Recogni

[ ] Custody and Supervision of Pretrial Services Agency

[ ] Third-Party Custody and Supervision

nge in Existing Amount of Bond [ ] Amend Bond to $ ........................

thout Bail [ ] No change in Existing Bail Conditions

ot leave the Commonwealth of Virginia [ ] may [ ] may not leave .......

creening [ ] Submit to Drug/Alcohol Testing [ ] Comply with a Cu

.................................................................................................................................

irearm, Destructive Device, Dangerous Weapon

e of Alcohol [ ] Refrain from Use of Illegal Drugs/Controlle
not Prescribed by a Health Care Provider

Description:

| | | |
|---|---|---|
| 2024 | TRS-3709-M1 | 18.2-119 |
| | Description: TRESPASS AFTER FORBIDDEN | |
| | | |
| | Description: | |
| | | |
| | Description: | |
| | | |
| | Description: | |
| | | |
| | Description: | |

charges is attached and incorporated.

d [ ] Not Authorized

[ ] Secured Bond [ ] Unsecured Bond [ ] Recogniza

[ ] Custody and Supervision of Pretrial Services Agency

[ ] Third-Party Custody and Supervision

e in Existing Amount of Bond [ ] Amend Bond to $ ..............................

out Bail [ ] No change in Existing Bail Conditions

eave the Commonwealth of Virginia [ ] may [ ] may not leave ...........

eening [ ] Submit to Drug/Alcohol Testing [ ] Comply with a Curf

.................................................................................................................................................

arm, Destructive Device, Dangerous Weapon

of Alcohol [ ] Refrain from Use of Illegal Drugs/Controlled S

not Prescribed by a Health Care Provider

2024 TRS-5709-M1 18.2-119

Description: TRESPASS AFTER FORBIDDEN

Description:

Description:

Description:

Description:

charges is attached and incorporated.

d [ ] Not Authorized

[ ] Secured Bond [ ] Unsecured Bond [ ] Recognizan

[ ] Custody and Supervision of Pretrial Services Agency

[ ] Third-Party Custody and Supervision

e in Existing Amount of Bond [ ] Amend Bond to $ ..............................

out Bail [ ] No change in Existing Bail Conditions

leave the Commonwealth of Virginia [ ] may [ ] may not leave ............

eening [ ] Submit to Drug/Alcohol Testing [ ] Comply with a Curf

..........................................................................................................

arm, Destructive Device, Dangerous Weapon

of Alcohol [ ] Refrain from Use of Illegal Drugs/Controlled S

not Prescribed by a Health Care Provider