**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Arlington Division**

| | | |
|---|---|---|
| CLEO MANUAL CABAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:26-cv-02810 |
| JOSHUA R. LAPRISE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AKAME EKWE, NP'S MOTION TO**
**DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant Akame Ekwe, NP, by counsel, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure and other applicable law, moves this Honorable Court to enter an Order dismissing with prejudice Plaintiff's claims against him on the grounds Plaintiff's Amended Complaint (ECF 11) fails to state a claim upon which this Court may grant relief. To support this Motion, Defendant relies upon his contemporaneously filed Memorandum in Support.

**Respectfully submitted,**

**AKAME EKWE, NP**

/s/ Sophia M. Miller

Taylor D. Brewer, Esq. (VSB No. 82041)
Sophia M. Miller, Esq. (VSB No. 93404)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
tbrewer@moranreevesconn.com
sbrasseux@moranreevesconn.com
*Counsel for Akame Ekwe, NP*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November, 2026, I have electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will provide notice of the same to such other CM/ECF users affiliated with this matter, including but not limited to:

Cleo Manuel Caban
1770 Rockledge Terrace
Woodbridge, Virginia 22192
CleoCaban@gmail.com
*Pro Se Plaintiff*

/s/ Sophia M. Miller

Taylor D. Brewer, Esq. (VSB No. 82041)
Sophia M. Miller, Esq. (VSB No. 93404)
MORAN REEVES & CONN PC
1211 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
tbrewer@moranreevesconn.com
sbrasseux@moranreevesconn.com
*Counsel for Akame Ekwe, NP*