**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **CLEO MANUEL CABAN,** ***pro se,*** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Civil Action No.: 1:26-cv-02810** |
| | ) | |
| **JOSHUA R. LAPRISE,** ***et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LINGYI ZHU**

To the Clerk of this Court and all parties of record, Taylor D. Brewer of the law firm of Moran Reeves & Conn, PC notes her appearance as counsel of record for Defendant Akame Ekwe.

**DATED** this 9th day of November, 2026.

**Respectfully Submitted,**

By: /s/ *Taylor D. Brewer*
Counsel

Taylor D. Brewer, Esquire (VSB No.: 82041)
**Moran Reeves & Conn PC**
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
Email: tbrewer@moranreevesconn.com
*Counsel for Akame Ekwe*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of November, 2026, I electronically filed this document with the Clerk of the Court which will send notifications of the filing to all counsel of record:

/s/ *Taylor D. Brewer*
Taylor D. Brewer, Esq. (VSB No.: 102480)
**Moran Reeves & Conn PC**
1211 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 421-6250
Facsimile: (804) 421-6251
Email: tbrewer@moranreevesconn.com
*Counsel for Akame Ekwe*